UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Melinda Thew Cooper

VS.                                                          CASE NO. 04 CIV.8928

Larry Thew et al.

AFFIDAVIT OF SERVICE

STATE OF CONNECTICUT
                              SS: WATERBURY
COUNTY OF NEW HAVEN

Stuart Perlmutter, the undersigned, being duly sworn, deposes and says that he was at the time of service over the age of twenty-one and was not a party to this action.

That on Wednesday, November 24, 2004 at 11:45 AM., Deponent served the within named Curry Family Partnership by delivering a true copy of the Summons and Verified Complaint to Ora Curry Sr. / Managing Partner, a person authorized to accept service of process on behalf of Curry Family Partnership. Said service was effected at 45 Midgeon Road, Torrington, CT. 06790.

Ora Curry Sr. is a White Male approximately 70 years of age, 5' 10" Tall and approximately 190-200 pounds with Gray hair.

To the best of my knowledge and belief, said person was not engaged in the U.S. Military at the time of service.

State of Connecticut
County of New Haven

The undersigned declares under penalty
of perjury that the foregoing is true, correct
and my free act and deed,

Subscribed to and sworn, before me today,
Wednesday, November 24, 2004.

_____
Stuart Perlmutter, Process Server November 24, 2004

_____
Linda J. Perlmutter, Notary Public
My Commission Expires December 31st, 2008.