UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**MELINDA THEW COOPER, INDIVIDUALLY AND AS A SHAREHOLDER OF TACONIC 82, INC.**

Plaintiff(s), Petitioner(s)

against

**LARRY THEW, et al.,.,**

Defendant(s), Respondent(s)

INDEX NO.: 04 CIV 8928

YOUR FILE: 8535-0004

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF DUTCHESS:  ss:

**DONALD R. CADY** being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in Poughkeepsie, NY.

That on **November 23, 2004** at **8:15 AM** at **7 Townsend Rd., Poughkeepsie, NY 12540**, deponent served the within **Summons In A Civil Case and Complaint** on **MICHELE THEW**, *(Defendant/Respondent)* herein known as Recipient.

Said service was effected in the following manner;

By delivering thereat a true copy *of each* to **MICHELE THEW** personally; deponent knew said person so served to be the person described as said recipient therein.

Deponent describes the individual served as follows:
Sex: **Female** Skin: **Caucasian** Hair: **Brown** Age(Approx):  **40-50** Height(Approx):  **5' 6"** Weight(Approx):  **130-140 lbs**
Other:

I asked the person spoken to, whether recipient was in active military service of any kind whatsoever and received a negative reply.

Sworn to before me on Saturday, November 27, 2004

DONALD R. CADY

EDMOND J. BYER
Notary Public, State of New York
Commission No. 01BY6033051
Qualified in Dutchess County
Commission Expires November 8, 2005

**Superior Process**
P.O. Box 2955
Poughkeepsie, NY 12603
(845) 473-7869 (845) 473-0712 Fax
Email: superior44@aol.com