Index # 04-civ 8928
Purchased/Filed: November 12, 2004

# AFFIDAVIT OF SERVICE ON A CORPORATION BY THE SECRETARY OF STATE

| State of New York | U. S. District Court | Southern Dist. County |
|---|---|---|

Melinda Thew Cooper                                              Plaintiff

against

Larry Thew, et al                                                Defendant

STATE OF NEW YORK)
COUNTY OF ALBANY ) SS
CITY OF ALBANY      )

**DESCRIPTION OF PERSON SERVED:**          Approx. Age: _30 Yrs._

Weight: _160 Lbs._ Height: _5' 9"_  Sex: _Female_ Color of skin: _White_

Hair color: _Blonde_ Other:_____

_____Matthew Ketcham_____ , being duly sworn, deposes and says: deponent is over

the age of eighteen (18) years; that on ____November 22, 2004____ , at _11:00 Am_ , at the office of the

Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

_____Summons & Verified Complaint_____ on

_____Reed Smith LLP_____ , the

Defendant in this action, by delivering to and leaving with _____Amy Lesch_____ ,

AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the

Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of

making such service, deponent paid said Secretary of State a fee of ____$40____ dollars; That said service

was made pursuant to Section _121-1505 PL_.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office

of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said

defendant.

Sworn to before me on this

_22nd_ day of _____November, 2004_____

S. ANNE PETERS
NOTARY PUBLIC, State of New York
No.01PE4766316, Rensselaer County
Commission Expires Oct. 31, 2006

Matthew Ketcham

Invoice•Work Order # 0423679