Index # 04-civ 8928
Purchased/Filed: November 12, 2004

# AFFIDAVIT OF SERVICE ON A CORPORATION BY THE SECRETARY OF STATE

| State of New York | U. S. District Court | Southern Dist. County |
|---|---|---|

Melinda Thew Cooper                                      Plaintiff

against

Larry Thew, et al                                        Defendant

---

STATE OF NEW YORK)　　**DESCRIPTION OF PERSON SERVED:**　　　Approx. Age: 30 Yrs.
COUNTY OF ALBANY ) SS
CITY OF ALBANY　　 )　　Weight: 160 Lbs. Height: 5' 9"  Sex: Female  Color of skin: White

Hair color: Blonde  Other: _____

_____Matthew Ketcham_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _____November 22, 2004_____, at _11:00 Am_, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed _____Summons & Verified Complaint_____ on _____Taconic 82, Inc._____, the Defendant in this action, by delivering to and leaving with _____Amy Lesch_____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of ___$40___ dollars; That said service was made pursuant to Section 306 BUSINESS CORPORATION LAW.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this

22nd day of November, 2004
_____
S. ANNE PETERS
NOTARY PUBLIC, State of New York
No.01PE4766316, Rensselaer County
Commission Expires Oct. 31, 2006

_____
Matthew Ketcham

Invoice•Work Order # 0423676