UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**MELINDA THEW COOPER, INDIVIDUALLY AND AS A SHAREHOLDER OF TACONIC 82, INC.**

Plaintiff(s), Petitioner(s)

against

**LARRY THEW, et al.,.,**

Defendant(s), Respondent(s)

---

INDEX NO.: 04 CIV 8928

YOUR FILE: 8535-0004

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF DUTCHESS:   ss:

**DONALD R. CADY** being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in Poughkeepsie, NY.

That on **November 29, 2004** at **2:30 PM** at **488 Freedom Plains Rd., Poughkeepsie, NY 12603**, deponent served the within **Summons In A Civil Case and Complaint** on **WILLIAM O'HARE, ESQ.**, *(Defendant/Respondent)* herein known as Recipient.

Said service was effected in the following manner;

By delivering thereat a true copy *of each* to **JANE DOE (refused name)**, Wife, a person of suitable age and discretion. That person was also asked by deponent whether said premises was the recipient's place of business and their reply was affirmative.

Deponent also enclosed a copy of same in a postpaid sealed envelope, properly addressed to recipient at recipient's place of business at **488 Freedom Plains Rd., Poughkeepsie, NY 12603** and deposited said envelope in an official depository under the exclusive care and custody of the United States Postal Service within State of New York on **11/30/04**.
The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the recipient.

Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as follows:
Sex: **Female** Skin: **Caucasian** Hair: **Reddish brown** Age(Approx): **70-75** Height(Approx): **5' 4"** Weight(Approx): **130-140 lbs**
Other:

I asked the person spoken to, whether recipient was in active military service of any kind whatsoever and received a negative reply.

Sworn to before me on Tuesday, November 30, 2004

*[signature]*

EDMOND J. BYER
Notary Public, State of New York
Commission No. 01BY6033051
Qualified in Dutchess County
Commission Expires November 8, 2005

*[signature]*
DONALD R. CADY

**Superior Process**
P.O. Box 2955
Poughkeepsie, NY 12603
(845) 473-7869 (845) 473-0712 Fax
Email: superior44@aol.com