UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INDEX NO.: 04 CIV 8928

MELINDA THEW COOPER, INDIVIDUALLY AND AS A
SHAREHOLDER OF TACONIC 82, INC.

YOUR FILE: 8535-0004

Plaintiff(s), Petitioner(s)

against

AFFIDAVIT OF SERVICE

LARRY THEW, et al.,.,

Defendant(s), Respondent(s)

STATE OF NEW YORK: COUNTY OF DUTCHESS:   ss:

**DONALD R. CADY** being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in Poughkeepsie, NY.

That on **November 29, 2004** at **1:20 PM** at **488 Freedom Plains Rd., Suite 103, Poughkeepsie, NY 12601**, deponent served the within **Summons In A Civil Case and Complaint** on **STEPHEN P. O'HARE, ESQ.**, (Defendant/Respondent) herein known as Recipient.

Said service was effected in the following manner;

By delivering thereat a true copy *of each* to **STEPHEN P. O'HARE, ESQ.** personally; deponent knew said person so served to be the person described as said recipient therein.

Deponent describes the individual served as follows:
Sex: **Male** Skin: **Caucasian** Hair: **Black/grey** Age(Approx): **50-55** Height(Approx): **5' 8"** Weight(Approx): **140-150 lbs**
Other:

I asked the person spoken to, whether recipient was in active military service of any kind whatsoever and received a negative reply.

Sworn to before me on Tuesday, November 30, 2004

DONALD R. CADY

EDMOND J. BYER
Notary Public, State of New York
Commission No. 01BY6033051
Qualified in Dutchess County
Commission Expires November 8, 2005

**Superior Process**
P.O. Box 2955
Poughkeepsie, NY 12603
(845) 473-7869 (845) 473-0712 Fax
Email: superior44@aol.com