UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**MELINDA THEW COOPER, INDIVIDUALLY AND AS A SHAREHOLDER OF TACONIC 82, INC.**

Plaintiff(s), Petitioner(s)

against

**LARRY THEW, et al.,.,**

Defendant(s), Respondent(s)

INDEX NO.: 04 CIV 8928

YOUR FILE: 8535-0004

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK: COUNTY OF DUTCHESS:  ss:

**DONALD R. CADY** being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in Poughkeepsie, NY.

That on **November 29, 2004** at **1:20 PM** at **488 Freedom Plains Rd., Poughkeepsie, NY 12601**, deponent served the within **Summons In A Civil Case and Complaint** on **O'HARE & O'HARE, P.C.**, *(Defendant/Respondent)* herein known as Recipient.

Said service was effected in the following manner;

A professional corporation, by delivering thereat a true copy of each to **Stephen P. O'Hare, Esq.** personally. Deponent knew said recipient so served to be the professional corporation described as **O'Hare & O'Hare, P.C.** and knew said individual to be authorized to accept service of process.

Deponent describes the individual served as follows:
Sex: **Male** Skin: **Caucasian** Hair: **Black/grey** Age(Approx): **50-55** Height(Approx): **5' 8"** Weight(Approx): **140-150 lbs**
Other:

Sworn to before me on Friday, December 3, 2004

DONALD R. CADY

EDMOND J. BYER
Notary Public, State of New York
Commission No. 01BY6033051
Qualified in Dutchess County
Commission Expires November 8, 2005

**Superior Process**
P.O. Box 2955
Poughkeepsie, NY 12603
(845) 473-7869 (845) 473-0712 Fax
Email: superior44@aol.com