8535-4\rew

UNITED STATES DISTRICT COURT
~~SUPREME COURT OF THE STATE~~ OF NEW YORK
Southern District
------------------------------------------------------------x

MELINDA THEW COOPER,

                          Plaintiff,

   -against-

LARRY THEW; JOHN THEW; LARRY THEW, as Executor of the Estate of Richard Thew; JOHN THEW, as Executor of the Estate of Richard Thew; LARRY THEW, as successor co-trustee of the Gerald Thew Family Trust; JOHN THEW, as successor co-trustee of the Gerald Thew Family Trust; LARRY THEW as co-trustee of the R.W. Thew Trust a/k/a the R.W. Thew Irrevocable Living Trust; JOHN THEW, as co-trustee of the R.W. Thew Trust a/k/a the R.W. Thew Irrevocable Living Trust; THE CURRY FAMILY PARTNERSHIP; TACONIC 82, INC.; LARRY THEW, as an officer and/or director of TACONIC 82, INC.; JOHN THEW, as an officer and/or director of TACONIC 82, INC.; REED SMITH, LLP; STEPHEN P. O'HARE, ESQ.; WILLIAM J. O'HARE, ESQ.; O'HARE & O'HARE, P.C.; MICHELE THEW; and PATRICIA CARSON,

                          Defendants.
------------------------------------------------------------x

STIPULATION FOR EXTENSION OF TIME TO ANSWER

04CIV8928

Assigned Judge: (CM)
~~J. Michael~~ McMahon

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

RECEIVED DEC 29 2004 CHAMBERS OF COLLEEN McMAHON

IT IS HEREBY STIPULATED by and between the parties to this action that defendant Reed Smith, LLP's time to answer or move with respect to the Complaint be extended to January 14, 2005.

DATED:      December 14, 2004

McCABE & MACK LLP

By: _____
RICHARD R. DuVALL
Attorneys for Plaintiff
63 Washington Street
P.O. Box 509
Poughkeepsie, NY 12602-0509
Tel. (845)486-6800

REED SMITH, LLP

By: _____
LANCE GOTTHOFFER
Attorneys for Defendant
Reed Smith, LLP
599 Lexington Avenue
New York, NY 10022
Tel. (212) 549-0289

So Ordered
[signature] 1-3-05
U.S.D.J.

McCABE & MACK LLP, ATTORNEYS AT LAW, POST OFFICE BOX 509, POUGHKEEPSIE, NY 12602