UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------x

MELINDA THEW COOPER, individually and as a
shareholder of TACONIC 82, INC.,

                      Plaintiff,

      —against—

LARRY THEW; JOHN THEW; LARRY THEW, as
executor of the Estate of Richard Thew; JOHN THEW,
as executor of the Estate of Richard Thew; LARRY
THEW, as successor co-trustee of the Gerald Thew Family
Trust; JOHN THEW, as successor co-trustee of the Gerald
Thew Family Trust; LARRY THEW, as co-trustee of the
R.W. Thew Trust a/k/a/ the R.W. Thew Irrevocable Living
Trust; JOHN THEW, as co-trustee of the R.W. Thew Trust
a/k/a the R.W. Thew Irrevocable Living Trust; THE CURRY
FAMILY PARTNERSHIP; TACONIC 82, INC.; LARRY
THEW, as an officer and/or director of TACONIC 82, INC.;
JOHN THEW, as an officer and/or director of TACONIC
82, INC.; REED SMITH, LLP; STEPHEN P. O'HARE,
Esq.; WILLIAM J. O'HARE, Esq.; O'HARE & O'HARE,
P.C.; MICHELE THEW; and PATRICIA CARSON,

                      Defendants.

----------------------------------------------------------------------x

**04 CIV. 8928 (CM)**

**DECLARATION
OF KATHRYN P.
BELLER, ESQ.**

     I, Kathryn P. Beller, Esq., hereby depose and say as follows:

1.      I am of counsel to the law firm Kurzman Eisenberg Corbin Lever &

Goodman, LLP, attorneys for Defendants Larry Thew, John Thew, Taconic

82, Inc., and Michele Thew (collectively "Movants").

2.      I submit this declaration in support of Movants' motion to dismiss the

Complaint of Melinda Thew Cooper. Except as alleged upon information and

belief, I have personal knowledge of the facts and circumstances set forth herein and am competent to testify to them.

3.      Annexed hereto as Exhibit "A" is a true and accurate copy of the Affidavit of Allan E. Rappleyea dated July 22, 2004, filed in the Dutchess County Surrogate's Court in the action captioned *In the Matter of the Estate of Gerald R. Thew*, File No. 89659/00.

4.      Annexed hereto as Exhibit "B" is a true and accurate copy of the Affirmation of Ellen L. Baker, Esq., McCabe & Mack, LLP, dated September 1, 2004 in the "Reply of Melinda Thew Cooper," filed in the Dutchess County Surrogate's Court in the action captioned *In the Matter of the Estate of Gerald R. Thew*, File No. 89659/00.

5.      Annexed hereto as Exhibit "C" is a true and accurate copy of the Decision and Order of the Dutchess County Surrogate's Court dated October 28, 2004, in the action captioned *In the Matter of the Estate of Gerald R. Thew*, File No. 89659/00.

6.      Annexed hereto as Exhibit "D" is a true and accurate copy of the case captioned *UCAR International Inc. v. Union Carbide Corporation*, 2004 WL 2756998 (2d Cir. 2004).

7.      Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

(iii) for failure to comply with Rule 23.1 of the Federal Rules of Civil Procedure.


Dated: January 18, 2005
       White Plains, New York

                                Respectfully Submitted,

                                KURZMAN EISENBERG CORBIN
                                LEVER & GOODMAN, LLP

By: /s/Martin P. Russo
        Martin P. Russo (MR-4134)
        KURZMAN EISENBRG CORBIN
         LEVER & GOODMAN, LLP
        One North Broadway
        White Plains, NY 10601
        Telephone: (914) 285-9800

        Attorneys for Defendants
        Larry Thew, John Thew,
        Taconic 82, Inc., and Michele Thew