UNITED STATES DISCRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------x

MELINDA THEW COOPER, individually and as a
shareholder of TACONIC 82, INC.,

                  Plaintiff,

    —against—

LARRY THEW; JOHN THEW; LARRY THEW, as
executor of the Estate of Richard Thew; JOHN THEW,
as executor of the Estate of Richard Thew; LARRY
THEW, as successor co-trustee of the Gerald Thew Family
Trust; JOHN THEW, as successor co-trustee of the Gerald
Thew Family Trust; LARRY THEW, as co-trustee of the
R.W. Thew Trust a/k/a/ the R.W. Thew Irrevocable Living
Trust; JOHN THEW, as co-trustee of the R.W. Thew Trust
a/k/a the R.W. Thew Irrevocable Living Trust; THE CURRY
FAMILY PARTNERSHIP; TACONIC 82, INC.; LARRY
THEW, as an officer and/or director of TACONIC 82, INC.;
JOHN THEW, as an officer and/or director of TACONIC
82, INC.; REED SMITH, LLP; STEPHEN P. O'HARE,
Esq.; WILLIAM J. O'HARE, Esq.; O'HARE & O'HARE,
P.C.; MICHELE THEW; and PATRICIA CARSON,

                Defendants.

-------------------------------------------------------------------------x

**AFFIDAVIT OF SERVICE**

**04 CIV. 8928-CM**

STATE OF NEW YORK      )
                           )
COUNTY OF WESTCHESTER   ) ss.:

       STEPHANIE SCHINELLA, being duly sworn, deposes and says:

       I am employed by the firm of Kurzman Eisenberg Corbin Lever & Goodman, LLP, attorneys
for Defendants; I am not a party to the above action; I am over 18 years of age and reside at New
Rochelle, New York. On January 18, 2005, I served the within **NOTICE OF MOTION AND
DECLARATION OF KATHRYN P. BELER, ESQ. WITH EXHIBITS** via FIRST CLASS MAIL at
the following addresses:

Richard R. DuVall, Esq.
McCabe & Mack LLP
63 Washington Street
P.O. Box 509
Poughkeepsie, NY 12602-0509

William J. O'Hare
6 O'Hare Drive
LaGrangevill, NY 12540

Lance Gotthoffer
Kenneth D. Greenwald
Reed Smith
599 Lexington Avenue
New York, NY 10022

O'Hare and O'Hare P.C.
488 Freedom Plains Road
Suite 103
Poughkeepsie, NY 12603

Stephen O'Hare, Esq.
Stephen O'Hare, PLLC
488 Freedom Plains Road, Suite 103
Poughkeepsie, NY 12603

Patricia Carson
Pulling Road
6 O'Hare Drive
LaGrangeville, NY 12540

The Curry Family Partnership
Ora J. Curry, General Partner
45 Midgeon Road
Torrington, CT 06790

Stephanie Schinella

Sworn to before me this
18 day of January 2005

Notary Public
MICHAEL WEITZNER
Notary Public, State of New York
No. 02WE5051139
Qualified in Westchester County
Certificate Filed in New York County
Commission Expires October 30, 20__

H:\40694\0000\SS1805.WPD