**EXHIBIT LIST**

Exhibit 1 - Pagones' Order

Exhibit 2 - Gerald Thew Family Trust Declaration of Trust

Exhibit 3 - Deed (Gerald Thew to Trust) dated 4/1/94, recorded 1996

Exhibit 4 - RW Thew Irrevocable Living Trust Declaration of Trust

Exhibit 5 - Deed 5/17/02 Doc # 2002-7542

Exhibit 6 - Deed 5/17/02 Doc # 2002-7543

Exhibit 7 - Deed 5/17/02 Doc # 2002-7552

Exhibit 8 - Deed 5/29/02 Doc # 2003-3563

Exhibit 9 - Deed 4/1/03 Doc # 2003-4641

Exhibit 10 - Purchase & Sale Agreement (R.W. Thew to Curry Family)

Exhibit 11 - Affirmation of Bagliebter

Exhibit 11A - Notice of Deficiency Waiver

Exhibit 11B - Tax Adjustments to Estate of Gerald Thew

Exhibit 12 - Title Report

Exhibit 13 - Trustee's Certificate

Exhibit 14 - Deed 12/19/03, Doc # 2003 10736

Exhibit 15 - Deed 12/19/03 Doc # 2003-10738

Exhibit 16 - Closing Statement

Exhibit 17 - Deed 12/12/02 Doc # 2003-1634

Exhibit 18 - Reed Smith Escrow Accounting