

## DUTCHESS COUNTY CLERK RECORDING PAGE

RECORD & RETURN TO:

| | |
|---|---|
| OHARE & OHARE PC<br>488 FREEDOM PLAINS ROAD STE 103<br>POUGHKEEPSIE        NY 12603 | RECORDED: 12/23/2003<br>AT:        14:49:54<br>DOCUMENT #: 02 2003 10736 |

RECEIVED FROM:   NORTH RIVER

GRANTOR:   THEW R=W LARRY
GRANTEE:   THEW RICHARD W

RECORDED IN:   DEED
INSTRUMENT TYPE:                                   TAX
                                                   DISTRICT: LA GRANGE

EXAMINED AND CHARGED AS FOLLOWS:

RECORDING CHARGE:           94.00        NUMBER OF PAGES:   4

TRANSFER TAX AMOUNT:

TRANSFER TAX NUMBER:   #003501

E & A FORM:   Y                    *** DO NOT DETACH THIS
                                   *** PAGE
TP-584:   Y                        *** THIS IS NOT A BILL



*sold to Curry*

COUNTY CLERK BY: TYP /_____
RECEIPT NO:   R99632
BATCH RECORD: C00438

RICHARD M. ANDERSON
County Clerk

Form 8002   Bargain and Sale Deed, with Covenant against Grantor's Acts — Individual or Corporation (Single Sheet)
CONSULT YOUR LAWYER BEFORE SIGNING THIS INSTRUMENT-THIS INSTRUMENT SHOULD BE USED BY LAWYERS ONLY.

THIS INDENTURE, made the 19th day of December, in the year 2003,

BETWEEN

Larry Thew and John Thew, as trustees of R.W. Thew Irrevocable Living Trust, a/k/a The R.W. Thew Trust, each having an address at Thew Road, LaGrangeville, New York 12540,

party of the first part, and

Richard W. Thew, as trustee of The Thew Family Trust, having an address at 195 Thew Road, LaGrangeville, New York 12540,

party of the second part,

WITNESSETH, that the party of the first part, in consideration of ten and 00/100ths Dollars ($10.00) paid by the party of the second part, does hereby grant and release unto the party of the second part, the heirs or successors and assigns of the party of the second part forever,

ALL that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the Town of LaGrange, County of Dutchess and State of New York, and more fully described on Schedule A attached hereto and made a part hereof.

TOGETHER with all right, title and interest, if any, of the party of the first part in and to any streets and roads abutting the above described premises to the center lines thereof; TOGETHER with the appurtenances and all the estate and rights of the party of the first part in and to said premises; TO HAVE AND TO HOLD the premises herein granted unto the party of the second part, the heirs or successors and assigns of the party of the second part forever.

AND the party of the first part covenants that the party of the first part has not done or suffered anything whereby the said premises have been encumbered in any way whatever, except as aforesaid.

AND the party of the first part, in compliance with Section 13 of the Lien Law, covenants that the party of the first part will receive the consideration for this conveyance and will hold the right to receive such consideration as a trust fund to be applied first for the purpose of paying the cost of the improvement and will apply the same first to the payment of the cost of the improvement before using any part of the total of the same for any other purpose. The word "party" shall be construed as if it read "parties" whenever the sense of this indenture so requires.

IN WITNESS WHEREOF, the party of the first part has duly executed this deed the day and year first above written.

_____
Larry Thew, as Trustee of R.W. Thew Irrevocable Living Trust, a/k/a The R.W. Thew Trust

_____
John Thew, as Trustee of R.W. Thew Irrevocable Living Trust, a/k/a The R.W. Thew Trust

Underwriter No. 697-D-22547
Title Number 03-NRA-DU-22547

**Schedule A Description**

Page   1

(PARCELS I & II)

ALL that certain plot, piece or parcel of land situate, lying and being in the Town of Beekman, County of Dutchess and State of New York, known and designated as Tax Parcel Grid Identification No. 132200-6559-00-781474-00 and Tax Parcel Grid Identification No. 132200-6559-00-664428-00.

*[handwritten margin notes:]*
1. 1986-452
   551-41
2. 1986-452
   615-399

(PARCELS III & IV)

ALL that certain plot, piece or parcel of land situate, lying and being in the Town of LaGrange, County of Dutchess and State of New York, known and designated as Tax Parcel Grid Identification No. 133400-6559-04-638480-00 and Tax Parcel Grid Identification No. 133400-6559-00-700600-00.

*[handwritten:]*
1. 1986-452
   615-399
2.

*[handwritten note:]* The purpose of this deed is to convey all right, title & interest of the above mentioned premises to be vested in Richard W. Thew, As Trustee of the Thew Family Trust.

STATE OF NEW YORK     )
                      : ss.
COUNTY OF Dutchess    )

On the 19 day of December, 2003, before me, the undersigned, personally appeared Larry Thew, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

_____
Notary Public

BRUCE CONEENY
Notary Public, State of New York
No. 01CO5037296
Qualified in Dutchess County
Commission Expires 12-20-06

STATE OF NEW YORK     )
                      : ss.
COUNTY OF Dutchess    )

On the 19 day of December, 2003, before me, the undersigned, personally appeared John Thew, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

_____
Notary Public

BRUCE CONEENY
Notary Public, State of New York
No. 01CO5037296
Qualified in Dutchess County
Commission Expires 12-20-06

## Bargain and Sale Deed

WITH COVENANT AGAINST GRANTOR'S ACTS

TITLE NO. 03-NRA-DU-22547

Larry Thew and John Thew, as trustees of R.W. Thew Irrevocable Living Trust, a/k/a The R.W. Thew Trust

TO

Richard W. Thew, as trustee of The Thew Family Trust

SECTION
BLOCK
LOT
COUNTY OR TOWN   DUTCHESS COUNTY

RETURN BY MAIL TO:

O'HARE & O'HARE, P.C.
488 FREEDOM PLAINS ROAD, SUITE 103
POUGHKEEPSIE, NEW YORK 12603

Distributed By
**Chicago Title Insurance Company**