Form 8002 — Bargain and Sale Deed, with Covenant against Grantor's Acts — Individual or Corporation (Single Sheet)

CONSULT YOUR LAWYER BEFORE SIGNING THIS INSTRUMENT–THIS INSTRUMENT SHOULD BE USED BY LAWYERS ONLY.

THIS INDENTURE, made the 19th day of December, in the year 2003,

BETWEEN

Richard W. Thew, as trustee of The Thew Family Trust, having an address at 195 Thew Road, LaGrangeville, New York 12540,

party of the first part, and

Curry Family Partnership, having an address at  45 Migeon Avenue, Torrington, Ct. 06790

party of the second part,

WITNESSETH, that the party of the first part, in consideration of ten and 00/100ths Dollars ($10.00) paid by the party of the second part, does hereby grant and release unto the party of the second part, the heirs or successors and assigns of the party of the second part forever,

ALL that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the Town of LaGrange, County of Dutchess and State of New York, and more fully described on Schedule A attached hereto and made a part hereof.

TOGETHER with all right, title and interest, if any, of the party of the first part in and to any streets and roads abutting the above described premises to the center lines thereof; TOGETHER with the appurtenances and all the estate and rights of the party of the first part in and to said premises; TO HAVE AND TO HOLD the premises herein granted unto the party of the second part, the heirs or successors and assigns of the party of the second part forever.

AND the party of the first part covenants that the party of the first part has not done or suffered anything whereby the said premises have been encumbered in any way whatever, except as aforesaid.

AND the party of the first part, in compliance with Section 13 of the Lien Law, covenants that the party of the first part will receive the consideration for this conveyance and will hold the right to receive such consideration as a trust fund to be applied first for the purpose of paying the cost of the improvement and will apply the same first to the payment of the cost of the improvement before using any part of the total of the same for any other purpose. The word "party" shall be construed as if it read "parties" whenever the sense of this indenture so requires.

IN WITNESS WHEREOF, the party of the first part has duly executed this deed the day and year first above written.

*/s/ Richard W. Thew/*
Richard W. Thew, as trustee of The Thew Family Trust

Underwriter No. **697-D-22547**
Title Number **03-NRA-DU-22547**

**Schedule A Description**

Page 1

(PARCELS I & II)

ALL that certain plot, piece or parcel of land situate, lying and being in the Town of Beekman, County of Dutchess and State of New York, known and designated as Tax Parcel Grid Identification No. 132200-6559-00-781474-00 and Tax Parcel Grid Identification No. 132200-6559-00-664428-00.

(PARCELS III & IV)

ALL that certain plot, piece or parcel of land situate, lying and being in the Town of LaGrange, County of Dutchess and State of New York, known and designated as Tax Parcel Grid Identification No. 133400-6559-04-638480-00 and Tax Parcel Grid Identification No. 133400-6559-00-700600-00.

STATE OF NEW YORK )
: ss.
COUNTY OF Dutchess )

On the 19 day of December, 2003, before me, the undersigned, personally appeared Larry Thew, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

_____
Notary Public

BRUCE CO_____ NY
Notary Public, State of New York
No. 01CO5037296
Qualified in Dutchess County
Commission Expires 12-20-06

# Bargain and Sale Deed

WITH COVENANT AGAINST GRANTOR'S ACTS

TITLE NO. _____

RICHARD W. THEW, AS TRUSTEE OF THE THEW FAMILY TRUST

TO

CURRY FAMILY PARTNERSHIP

SECTION
BLOCK
LOT
COUNTY OR TOWN  DUTCHESS COUNTY

RETURN BY MAIL TO:

Distributed By
**Chicago Title Insurance Company**

O'HARE & O'HARE, P.C.
488 FREEDOM PLAINS ROAD, SUITE 103
POUGHKEEPSIE, NEW YORK 12603