

## DUTCHESS COUNTY CLERK RECORDING PAGE

**RECORD & RETURN TO:**

| RAYMOND PATIERNO |
| 32 OLD SYLVAN LAKE RD |
| HOPEWELL JUNCTION    NY 12533 |

RECORDED: 02/13/2003
AT:       08:36:47
DOCUMENT #: 02 2003 1634

RECEIVED FROM:   ANDEZ ABSTRACT

GRANTOR:   THEW RICHARD
GRANTEE:   PATIERNO RAYMOND

RECORDED IN:      DEED
INSTRUMENT TYPE:

TAX DISTRICT: LA GRANGE

**EXAMINED AND CHARGED AS FOLLOWS:**

RECORDING CHARGE:           69.00        NUMBER OF PAGES:   4

TRANSFER TAX AMOUNT:       240.00

TRANSFER TAX NUMBER:   #005480

E & A FORM:   Y                           *** DO NOT DETACH THIS
                                          *** PAGE
TP-584:       Y                           *** THIS IS NOT A BILL

*[handwritten: 3.4 acres / $60,000 - purch. price]*



COUNTY CLERK BY: LBT /_____
RECEIPT NO:   R10535
BATCH RECORD: D00008

RICHARD M. ANDERSON
County Clerk

0220031634

*[handwritten: Sold]*

*[handwritten: Tax Map # -
08-6559-02-602517-00]*

## BARGAIN AND SALE DEED

THIS INDENTURE, made 26th of Dec., 2002, among Richard Thew, as Trustee for the R.W. Thew Trust, having an address at Clapp Hill Road, LaGrangeville, NY 12540 (hereinafter referred to as "Grantors"), and Raymond Patierno having an address at ~~Clapp~~ 32 ~~Hill Road, LaGrangeville, New York 12540~~ ("Grantee"). Old Sylvan Lake Rd., Hopewell Jct., N.Y. 12533

WITNESSETH, that Grantors, in consideration of Ten Dollars and other valuable consideration, the receipt and sufficiency of which hereby are acknowledged, do hereby grant and release unto Grantee and the heirs, executors, administrators, legal representatives, successors and assigns of Grantee forever,

ALL that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the Town of LaGrange the County of Dutchess and the State of New York, being more particularly described in Exhibit A attached hereto and made a part hereof,

TOGETHER with all right, title and interest, if any, of Grantors in and to any streets and roads abutting the above described premises to the center lines thereof,

TOGETHER with the appurtenances and all the estate and rights of Grantors in and to said premises,

SUBJECT TO all laws, ordinances and regulations of governmental authorities affecting said premises; the state of facts a current survey of said premises would show; and all matters of record.

TO HAVE AND TO HOLD the premises herein granted unto Grantee and the heirs, executors, administrators, legal representatives, successors and assigns of Grantee forever.

Grantors are the owners of said premises. Said premises is not located in an agricultural district.

Grantors covenant that Grantors have not done or suffered anything whereby said premises have been encumbered in any way whatever, except as set forth herein.

Grantors, in compliance with Section 13 of the Lien Law, covenant that Grantors will receive the consideration for this conveyance and will hold the right to receive such consideration as a trust fund to be applied first for the purpose of paying the cost of the improvement before using any part of the total of the same for any other purpose.

SCHEDULE A

ALL that tract or parcel of land situate in the Town of LaGrange, County of Dutchess and State of New York, bounded and described as follow:

BEGINNING at the northeast corner, a point marked by a stone wall corner in the division line of the lands of Emans Hills Realty Corporation on the west and Thew on the east bearing south 10°-20'-50" West 493.86 feet and South 24°-09'20" West 662.47 feet along said division line from a stone wall corner marking the northwest corner of the lands of Thew, and continuing from thence South 30°-01'-20" West 305.81 feet along said division line to an iron pipe marking the southeast corner of the herein described parcel; thence North 59°-07'-40" West 183.78 feet to a pipe, thence North 45°-12'-40" West 177.41 feet to a point, thence South 84°-26'-20" West 108.50 feet and South 89°-25'-00" West 118.59 feet along the northerly line of the lands of Roeder to a steel pin set marking the southwest corner of the herein described parcel, thence North 7°-01'-50" West 210.72 feet to a steel pin set in the southerly line of Pulling Road, thence northeasterly on a curve concave to the northwest of radius 192.38 feet an arc distance of 189.82 feet and North 22°-17'-30" East 38.26 feet along the southeasterly line of said road to a steel pin marking the most northerly corner of the herein described parcel, thence South 60°-24'-00" East 618.84 feet to the point or place of beginning.

**IN WITNESS WHEREOF** Grantors have duly executed this deed on the date first above written.

R.W. THEW TRUST

_____
By: Richard W. Thew, Trustee

STATE OF NEW YORK, COUNTY OF DUTCHESS, ss.

On the 26th day of December, 2002, before me, the undersigned notary public, personally appeared Richard W. Thew, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

_____
Notary Public
My commission expires on

STEPHEN P. O'HARE
Notary Public, State of New York
No. 02OH4907831
Qualified in Dutchess County
Commission Expires Sept. 14, 2025

AA-1513026cy-1),
R&R:

Raymond Paterno
32 Old Sylvan Lake Rd.
Hopewell Jct NY
12533