

## DUTCHESS COUNTY CLERK RECORDING PAGE

RECORD & RETURN TO:

RECORDED: 11/13/96

OHARE AND OHARE
10 BEEKMAN ROAD
P.O. BOX C
HOPEWELL JUNCTION    NY 12533

AT:         13:24:34

COUNTY CLERK:   #8032

RECEIVED FROM:   OHARE & OHARE

GRANTOR:    THEW GERALD R
GRANTEE:    THEW FAMILY TRUST

RECORDED IN:    DEED
INSTRUMENT TYPE:

TAX
DISTRICT: LA GRANGE
          & Beekman

EXAMINED AND CHARGED AS FOLLOWS:

RECORDING CHARGE:            84.00          NUMBER OF PAGES:  14

TRANSFER TAX AMOUNT:         800.00

TRANSFER TAX NUMBER:   #002148

E & A FORM: Y

TP-584:     Y



COUNTY CLERK BY: SRB /____
RECEIPT NO:    R56267
BATCH RECORD: C00278

WILLIAM L. PAROLI, JR.
County Clerk

A 291    Standard N.Y.B.T.U. Form 1007
         Bargain & sale deed, with covenant against grantor's acts—ind. or Corp.

JULIUS BLUMBERG, INC. LAW BLANK PUBLISHERS

CONSULT YOUR LAWYER BEFORE SIGNING THIS INSTRUMENT – THIS INSTRUMENT SHOULD BE USED BY LAWYERS ONLY

14
54

A 291

Standard N.Y.R.T.D. Form 8007
Bargain & sale deed, with covenant against grantor's acts—Ind. or Corp.

JULIUS BLUMBERG, INC., LAW BLANK PUBLISHERS

14

CONSULT YOUR LAWYER BEFORE SIGNING THIS INSTRUMENT – THIS INSTRUMENT SHOULD BE USED BY LAWYERS ONLY

**THIS INDENTURE,** made the 1st  day of  April     , nineteen hundred and ninety- four

**BETWEEN**

Gerald R. Thew
Clapp Hill Road
LaGrangeville, New York 12540

party of the first part, and

Richard Thew, as Trustee
The Thew Family Trust
Clapp Hill Road
LaGrangeville, New York 12540

party of the second part,

**WITNESSETH,** that the party of the first part, in consideration of

-----------------------------------Ten----------------------------------------dollars,

lawful money of the United States,  and other good and valuable consideration  paid

by the party of the second part, does hereby grant and release unto the party of the second part, the heirs or

successors and assigns of the party of the second part forever,

**ALL** that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate,

lying and being in the  Town of LaGrange and Town of Beekman as set forth
on Schedule A attached hereto and made a part hereof.
Subject to Rights of Tenants and other occupants of the premises.

Reserving to Gerald R. Thew, the party of the first part, a life
estate in the dwelling house situated on the premises described
herein, currently occupied by said Gerald R. Thew as a residence,
to have and to hold during his natural life.

*SRT*

TOGETHER with all right, title and interest, if any, of the party of the first part in and to any streets and roads abutting the above described premises to the center lines thereof,

TOGETHER with the appurtenances and all the estate and rights of the party of the first part in and to said premises,

TO HAVE AND TO HOLD the premises herein granted unto the party of the second part, the heirs or successors and assigns of the party of the second part forever.

AND the party of the first part covenants that the party of the first part has not done or suffered anything whereby the said premises have been incumbered in any way whatever, except as aforesaid.

AND the party of the first part, in compliance with Section 13 of the Lien Law, covenants that the party of the first part will receive the consideration for this conveyance and will hold the right to receive such consideration as a trust fund to be applied first for the purpose of paying the cost of the improvement and will apply the same first to the payment of the cost of the improvement before using any part of the total of the same for any other purpose.

The word "party" shall be construed as if it read "parties" whenever the sense of this indenture so requires.

IN WITNESS WHEREOF, the party of the first part has duly executed this deed the day and year first above written.

IN PRESENCE OF:

*Gerald R Thew*
GERALD R. THEW

DUTCHESS

On the _1_ day of _April_ 19_94_, before me personally came _Gerald R. Thew_

to me known to be the individual   described in and who executed the foregoing instrument, and acknowledged that executed the same.

_Glendine D Van Anden_
Notary Public
GLENDINE D. VAN ANDEN
Notary Public, State of New York
Qualified in Dutchess County
Comm. No. 4786718
Commission Expires _Dec. 31, 19 95_

On the   day of   19   , before me personally came

to me known to be the individual   described in and who executed the foregoing instrument, and acknowledged that executed the same.

**STATE OF NEW YORK, COUNTY OF**                         ss:

On the   day of   19   , before me personally came
to me known, who, being by me duly sworn, did depose and say that   he resides at No.                         ;
that   he is the
of
, the corporation described in and which executed the foregoing instrument; that   he knows the seal of said corporation; that the seal affixed to said instrument is such corporate seal; that it was so affixed by order of the board of directors of said corporation, and that   he signed h   name thereto by like order.

**STATE OF NEW YORK, COUNTY OF**                         ss:

On the   day of   19   , before me personally came
the subscribing witness to the foregoing instrument, with whom I am personally acquainted, who, being by me duly sworn, did depose and say that   he resides at No.                         ;
that   he knows

                              to be the individual described in and who executed the foregoing instrument; that   he, said subscribing witness, was present and saw execute the same; and that   he, said witness, at the same time subscribed h   name as witness thereto.

**Deed**
WITH FULL COVENANTS

TITLE NO.

TO

SECTION

BLOCK

LOT

COUNTY OR TOWN

RECORD AND RETURN BY MAIL TO:

O'HARE & O'HARE, ESQS.
10 BEEKMAN ROAD _P.O. Box C_
HOPEWELL JCT., NY 12533
Zip No.

RESERVE THIS SPACE FOR USE OF RECORDING OFFICE

DESCRIPTION #1
SCHEDULE A

ALL that piece or parcel of land in the TOWN OF LAGRANGE, Dutchess County, New York, bounded and described as follows:

BEGINNING at the hickory tree marking the northwest corner of the previously described 16.71 acre parcel; thence north 84° east 10 feet to a stake at the southerly apex of the 3.62 acre triangle of land being sold to Ernest Emans; thence along the same north 24° east along a line of marked trees in the woods, 666 feet to a stake at intersection of fences marking a common corner of Ernest Emans's open field; thence southwest corner of Gerald Thews wood land and northwest corner of the herein described parcel; thence along a wire fence through the woods and a stonewall fence south of woods, south 78° east 496 feet to a stake in an angle of woods, marking the northeast corner of the herein described parcel; thence along a stonerow and wire fence bounding land of Gerald Thew; three courses as follows:  South 13 1/2° west 339.2 feet; south 13° west 353.2 feet and south 14 1/2° west 55 feet to a fence post marking the southeast corner of the herein described parcel; thence along a wire fence and the 16.71 acre parcel north 69° west 658 feet to the place of beginning.  CONTAINING 9.33 acres of land, more or less.

ALSO all that piece or parcel of land in the Towns of LaGrange and Beekman, bounded and described as follows:

Beginning at the northeast corner of the 7.42 acre parcel, being the southeast corner of the herein described parcel, at the center of the highway; thence along the center line thereof, six courses as follows:  north 43° west 61 feet; north 61° west 100 feet; north 25° west 200 feet; north 50° west 200 feet; north 55° west 250 feet and north 45° west 254 feet to a point 12 feet southerly of a hickory tree standing at the north side of the highway and about 3 feet easterly of the west boundary of this parcel, said point marking the southeast corner of a parcel of 4.60 acres being sold to Ernest Emand, and marking the southwest corner of the herein described parcel; thence along the 4.60 acre parcel north 28° east partly through the field 317 feet and 399 feet further along a wire fence, a total distance of 716 feet to a hickory tree marking the northwest corner of the herein described parcel; thence along a wire fence to the south of a 9.33 acre lot south 69° east 658 feet to an intersection of this course with the wire fence bounding land of Gerald Thew on the west said intersection marking the northeast corner of the herein described parcel; thence along Gerald Thew's west boundary three courses, as follows: south 14 1/2° west 214.8 feet; south 14° west 206 feet and south 13 1/2° west 700 feet more or less to place of beginning. and CONTAINING 16.71 acres more or less.



NRA Doc# 0219968032  Page 5

8/3/2004 12

DESCRIPTION #1 CONTINUED
SCHEDULE A CONTINUED

ALSO all that piece or parcel of land in the TOWNS OF LAGRANGE
AND BEEKMAN, bounded and described as follows:

BEGINNING at a point 10 feet north of the southeast corner of
the 1.90 acre parcel, above described and 5 feet west of a telephone
pole said point situated at the northwest corner of the herein
described parcel; thence along the N.Y. Telephone Co.'s pole line
south 64° east 1440 feet to a point in the highway marking the north
east corner of the fence bounding land of Petrie, north 68° west
1412 feet to a stake at the north end of the easterly stonewall
fence of the Hill road where it starts to bend west being a
southeast corner of John Eastman's 2.20 acre lot and the southwest
corner of the herein described parcel; thence along the east
boundary of Eastman's lot north 12° east 401 feet to the place of
beginning.  CONTAINING 12.66 acres of land, more or less.

ALSO a right of way as now laid out from the highway leading to
Hilton's as reserved in a deed to John Eastman from said highway to
the 12.66 acre parcel above described.

ALSO all that piece or parcel of land situate in the Towns of
LaGrange and Beekman, bounded and described as follows:

BEGINNING at the northwest corner of the 12.66 acre parcel which
is the south west corner of the herein described parcel; thence
along the 1.90 acre parcel, south 12° west 350 feet to a point in
the center of the highway called the Guinea Bridge Road; thence
along the center thereof 10 courses as follows:  south 71° east 150
feet; south 69° east 127 feet; south 67° east 229 feet; south 45°
east 100 feet; south 45° east 254 feet; south 55° east 250 feet;
south 50° east 115 feet; south 25° east 200 feet; south 61° east 100
feet and south 43° east 61 feet to a point in the center of the
highway where it intersects Gerald Thew's west boundary; thence
south 15° west 8 feet to a point marking the northeast corner of the
12.66 acre parcel being the southeast corner of the herein described
parcel; thence along the N.Y. Telephone Co's pole line north 64°
west 1440 feet to the place of Beginning, and Containing 7.42 acres
of land more or less.

Grid # 02-6559-00-664428-00
Grid # 08-6559-04-638480-00
Grid # 08-6559-02-700600-00

DESCRIPTION #2
SCHEDULE A CONTINUED

DESCRIPTION #2
SCHEDULE A CONTINUED

ALL that certain piece or farm of land situate in the Town of
Beekman, County of Dutchess and State of New York, particularly
described as follows:

BEGINNING at a stone set in the ground in the lot line against
land formerly of Samuel B. Ackerman now of Fred E. Ackerman and
thence running in company with said Ackerman line south 77°-45' east
25 chains 40 links to a stake set in said lot line; thence again in
company with his line south 4°-15' west 2 chains 23 links to an
angle of the fence; thence in company with Melvin J. Ingraham's
(formerly Mastin Kelley's) line south 57° east 1 chain 22 links to
an angle of the fence; thence in company to said Ingraham's
(formerly Kelley's line south 72°-45' east 3 chains 39 links to an
angle of the fence; thence in company with his (Ingraham's) line
north 84°15' east 3 chains 66 links to an angle in the stone wall;
thence in company with his (Ingraham's) line, north 53° east 2
chains 78 links to the lot line on the north side of the brook;
thence in company with Ingraham's (formerly Kelley's) line south
83°-45' east 2 chains 80 links to an angle in said Ingraham's
(formerly Kelley's) line; thence in company lands of Earnest Emans
(formerly Samuel Green) north 4°-30' west 38 chains 16 links the
with his (Ingraham's) line and the northeast corner of Francis
Eman's (formerly Albert Eman) farm; thence in company with said
Eman's line north 73°-15' east 37 chains 98 links to the northeast
corner of the lands formerly of Jonathan Dorland; thence in company
with the line of the said Jonathan Dorland's farm south 6°-30' west
7 chains 43 links to a line of land formerly owned by Daniel S.
Congdon; thence in company with the line of the said Congdon land
south 82°-30' east 7 chains 51 links to the northeast corner of said
Congdon's lands; thence in company with said Congdon's lands south
7°-30' west 10 chains 52 links to an angle of the fence; thence in
company with said Congdon's lands south 12°-30' west 4 chains 8
links to an angle of the fence; thence in company with his line
south 7° west 3 chains 12 links to an angle of the fence; thence
again in company with the line of the lands of the aforesaid Congdon
south 7°-30' west 10 chains 66 links to the north side of the road
running through the premises herein described; thence south 8°-30'
west 4 chains 96 links to the place of beginning. Containing 137
acres 2 roods 25 perches of surface be the same more or less.

Grid # 02-6559-00-781474-99
Grid # 02-6559-00-781474-00
Grid # 02-6559-00-018292-00

DESCRIPTION #3
SCHEDULE A CONTINUED

DESCRIPTION #3
SCHEDULE A CONTINUED

    ALL that lot or parcel of land situate in the Town of Beekman,
Dutchess County, New York, containing 8-1/2 acres more or less, and
being the premises conveyed to the said Jerry Masters and Edna
Masters by Francis W. Emans and Thelma W. Emans, his wife, by deed
dated April 10, 1964, and recorded in the Dutchess County Clerk's
Office on April 10, 1964, in Liber 1123 of Deeds, page 289.

Grid # 02-6559-00-988522-00



DESCRIPTION #4
SCHEDULE A CONTINUED

DESCRIPTION #4
SCHEDULE A CONTINUED

ALL that piece or parcel of land situate in the Town of Beekman, County of Dutchess and State of New York, bounded and described as follows:

BEGINNING at a fence post set in the junction of two stone walls, said fence post marking the southwest corner of the lands sold to Alfonso Amendola in November, 1944, and now owned by Joseph De Vito and Frank Alexander, said fence post also being the northwest corner of the parcel of land herein described; thence along a stone wall marking the southerly boundary of said De Vito and Alexander property South 72°-41' East 387.3 feet to a stake set in a stone wall, said point marking the southeast corner of the lands of Devito and Alexander and the southwest corner of other lands of Gennaro Antedomenico; thence along the lands of Antedomenico, South 72°-47' East 334.3 feet to an iron pipe marking the northeast corner of the parcel herein described; thence along other lands of Antedomenico and following a stone wall South 11°-53' West 469.0 feet and South 10°-05' West 319.6 feet to point marking the southeast corner of the parcel of land herein described; thence along the lands of Gerald Thew, South 83°-39' West 610.3 feet to a junction of stone walls marking the southwest corner of the parcel herein described; thence along the lands of Gerald Thew and following a stone wall North 3°-51' East 738.4 feet and North 5°-42' East 185.6 feet to the place of beginning. Being 13 Acres of land more or less.

ALSO ALL that right of way from Clapp Hill Road to the premises above mentioned, and more particularly described as follows:

BEGINNING at a point in the westerly boundary of a town road known as Clapp Hill Road, said point being the southeast corner of a garage now standing on the Antedomenico Farm; thence South 29° West 750 feet more or less to a point; thence North 82° West 382 feet more or less to a point in the stone wall, the last mentioned point being 69.2 feet from an iron pin marking the northeast corner of the parcel of land described above; thence southerly along the last mentioned stone wall 20 feet more or less to a point; thence South 82° East 398 feet more or less to a point; thence North 29° East 750 feet more or less to a point in the westerly boundary of said Clapp Hill Road; thence northerly along the westerly boundary of said Clapp Hill Road 20 feet more or less to the place of beginning.

Grid # 02-6659-00-7340500



DESCRIPTION #5
SCHEDULE A CONTINUED

ALL that lot of woodland lying and being in the Town of Beekman,
beginning at a walnut sapling marked standing in Philip Spencer's
line, and being a corner of Jesse C. Roger's land, and running as
described in a deed from Elisha Baldwin to Albert Monfort, dated
May 1, 1843, in company with said Rogers line, "north 25° west 3
chains and 33 links to a white oak tree marked; thence north 38°-15'
east 6 chains and 57 links to a locust sprout; thence south 88°-15'
east 14 chains, 43 links, to a stake and stones on James H. Denton's
line, being a corner of the aforesaid Spencer's land; thence in
company with said Spencer's line, south 65°-30' west 18 chains and
65 links to the BEGINNING, containing 6 acres, 3 roods and 35
parches of land.

Grid # 02-6559-00-993170-00



DESCRIPTION #6
SCHEDULE A CONTINUED

ALL that tract or parcel of land situate in the Town of
LaGrange, County of Dutchess and State of New York, bounded and
described as follow:

PARCEL "A"
BEGINNING at the northeast corner, a point marked by a
stone wall corner in the division line of the lands of Emans Hills
Realty Corporation on the west and Thew on the east bearing south
10°-20'-50" West 493.86 feet and South 24°-09'20" West 662.47 feet
along said division line from a stone wall corner marking the
northwest corner of the lands of Thew, and continuing from thence
South 30°-01'-20" West 305.81 feet along said division line to an
iron pipe marking the southeast corner of the herein described
parcel; thence North 59°-07'-40" West 183.78 feet to a pipe, thence
North 45°-12'-40" West 177.41 feet to a point, thence South
84°-26'-20" West 108.50 feet and South 89°-25'-00" West 118.59 feet
along the northerly line of the lands of Roeder to a steel pin set
marking the southwest corner of the herein described parcel, thence
North 7°-01'-50" West 210.72 feet to a steel pin set in the
southerly line of Pulling Road, thence northeasterly on a curve
concave to the northwest of radius 192.38 feet an arc distance of
189.82 feet and North 22°-17'-30" East 38.26 feet along the
southeasterly line of said road to a steel pin marking the most
northerly corner of the herein described parcel, thence South
60°-24'-00" East 618.84 feet to the point or place of beginning.

PARCEL "B"
BEGINNING at the southeast corner, a point in the center
line of Clapp Hill Road, said point also marking the southwest
corner of a 1.9 acre parcel conveyed by Emans to T. Rowe by deed
recorded in the Dutchess County Clerk's Office, and continuing from
thence North 67° West 190 feet more or less along the center of the
herein Clapp Hill Road to a point marking the southwest corner of
the herein described parcel, thence North 21° East 462 feet along
the easterly line of the lands of Roeder to a point marking the
northwest corner of the herein described parcel, said point also
being in the southerly line of Parcel "A" described above, thence
South 45°-12'-40" East 177.41 feet to an iron pipe marking the
northeast corner of the herein described parcel, said pipe also
marking the northwest corner of the lands of T. Rowe, thence
southerly 504.57 feet along the westerly line of the lands of Rowe
to the point or place of beginning.

Grid # 08-6559-02-602517-00



DESCRIPTION #7
SCHEDULE A CONTINUED

ALL that certain plot, piece or parcel of land, with the
buildings and improvements thereon erected, situate, lying and being
in the Town of LaGrange, County of Dutchess and State of New York,
bounded and described as follows:

BEGINNING at the northeast corner, a point in the division line
of the lands of Thew on the east and Emans Hills Realty Corp. on the
west bearing South 10°-20'-50" West 493.86 feet and South
24°-09'-20" West 552.47 feet along said division line from the
northwest corner of the lands of Thew, and continuing from thence
South 24°-09'-20" West 110.00 feet along said division line to a
stone wall corner, said point marking the southeast corner of the
herein described parcel, thence North 60°-24'-00" West 618.84 feet
to a point in the easterly line of Pulling Road, said point marking
the southwest corner of the herein described parcel, thence North
22°-17'-30" east 130.00 feet along the easterly line of said road to
a point marking the northwest corner of the herein described parcel,
thence South 58°-37'-10" East 625.23 feet to the point or place of
beginning, containing 1.7 acres of land more or less.

Grid # 08-6559-02-612535-00



DESCRIPTION #8
SCHEDULE A CONTINUED

   ALL that tract or parcel of land situate in the Town of
LaGrange, County of Dutchess and State of New York, bounded and
described as follows:

PARCEL "A"
        BEGINNING at the northeast corner, a point marked by a
stone wall corner in the division line of the lands of Emans Hills
Realty Corporation on the west and Thew on the east bearing South
$10^O$-20'-50" West 493.86 feet and South $24^O$-09'-20" West 662.47 feet
along said division line from a stone wall corner marking the
northwest corner of the lands of Thew, and continuing from thence
South 30d$^O$-01'-20" West 305.81 feet along said division line to an
iron pipe marking the southeast corner of the herein described
parcel; thence North $59^O$-07'40" West 183.78 feet to a pipe, thence
North $45^O$-12'-40" West 177.41 feet to a point, thence South
$84^O$-26'-20" West 108.50 feet and South $89^O$-25'-00" West 116.59 feet
along the northerly line of the lands of Roeder to a steel pin set
marking the southwest corner of the herein described parcel, thence
North $7^O$-01'-50" West 210.72 to a steel pin set in the southerly
line of Pulling Road, thence northeasterly on a curve concave to the
northwest of radius 192.38 feet an arc distance of 189.82 feet and
North $22^O$-17'-30" East 38.26 feet along the southeasterly line of
said road to a steel pin marking the most northerly corner of the
herein described parcel, thence South $60^O$-24'-00" East 618.84 feet
to the point or place of beginning.

PARCEL "B"
        BEGINNING at the southeast corner, a point in the center
line of Clapp Hill Road, said point also marking the southwest
corner of a 1.9 acre parcel conveyed by Emans to T. Rowe by deed
recorded in the Dutchess County Clerk's Office, and continuing from
thence North $67^O$ West 190 feet more or less along the center line of
Clapp Hill Road to a point marking the southwest corner of the
herein described parcel, thence North $21^O$ East 462 feet along the
easterly line of the lands of Roeder to a point marking the
northwest corner of the herein described parcel, said point also
being in the southerly line of Parcel "A" described above, thence
South $45^O$-12'-40" East 177.41 feet to an iron pipe marking the
northeast corner of the herein described parcel, said pipe also
marking the northwest corner of the lands of T. Rowe, thence
southerly 504.57 feet along the westerly line of the lands of Rowe
to the point or place of beginning.


   Grid # 08-6559-04597475-00



DESCRIPTION #9
SCHEDULE A CONTINUED

ALL that piece or parcel of land situate, lying and being in the Town of LaGrange, County of Dutchess and State of New York, bounded and described as follows:

BEGINNING at the southwest corner of the herein described parcel at a post in the northwest corner of John Eastman's land; thence along land of Mary D. Pulling North 11°-41' East 150± feet to a point in the center line of Clapp Hill Road marking the northwest corner of the herein described parcel; thence along the center line of the Clapp Hill Road South 78° East 225 feet to a point marking the northeast corner of the herein described parcel, which is the northwest corner of a 7.60 Acre parcel previously sold to Gerald R. Thew; thence along the same South 12°-34' West about 125 feet to a stake or post marking the northeast corner of the John Eastman lot; thence along the north side of Eastman's lot North 82°-4' West 230.9 feet to the place of beginning and CONTAINING 75/100 ACRE MORE OR LESS, as shown on a map dated January 20, 1945 by Charles C. Mitchell, Surveyor.

Grid # 08-6559-04-544442-00

