

*Parcels I*

## DUTCHESS COUNTY CLERK RECORDING PAGE

**RECORD & RETURN TO:**

| | |
|---|---|
| OHARE & OHARE<br>488 FREEDOM PLAINS ROAD<br>SUITE 103<br>POUGHKEEPSIE      NY 12603 | RECORDED: 08/06/2002<br>AT:        10:33:53<br>DOCUMENT #: 02 2002 7542 |

RECEIVED FROM:   OHARE & OHARE

GRANTOR:   THEW RICHARD W
GRANTEE:   R W THEW TRUST

RECORDED IN:        DEED
INSTRUMENT TYPE:

TAX DISTRICT: LA GRANGE

**EXAMINED AND CHARGED AS FOLLOWS:**

RECORDING CHARGE:           66.00          NUMBER OF PAGES:   3

TRANSFER TAX AMOUNT:

TRANSFER TAX NUMBER:  #000093

E & A FORM: Y                                    *** DO NOT DETACH THIS
                                                 *** PAGE
TP-584:    Y                                     *** THIS IS NOT A BILL

COUNTY CLERK BY: JJF /_____
RECEIPT NO:    R57901
BATCH RECORD:  A00183

RICHARD M. ANDERSON
County Clerk

0 2 2 0 0 2 7 5 4 2

781474

3

## Bargain and Sale Deed

THIS INDENTURE made May /7, 2002 among Richard W. Thew *\** having an address at 195 Thew Road, LaGrangeville, New York 12540 ("Grantor") and R.W. Thew Trust having an address at 195 Thew Road, LaGrangeville, NY 12540("Grantee")
*\* individually and as Trustee*

WITNESSETH, that Grantor, in consideration of Ten Dollars and other valuable consideration, the receipt and sufficiency of which hereby are acknowledged, does hereby grant and release unto Grantee and his heirs, executors, administrators, successors and assigns forever,

ALL that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the Town of LaGrange, County of Dutchess and State of New York, Grid no: 6560-03-458092-0000 ~~being more particularly described in Exhibit A attached hereto and made a part hereof,~~
*+ GRID N°: 6559-00-781474-0000*

TOGETHER with all right, title and interest, if any, of Grantor in and to any streets and road abutting said premises to the center lines thereof,

TOGETHER with the appurtenances and all the estate and rights of Grantor in and to said premises,

TO HAVE AND TO HOLD the premises herein granted unto Grantee and his heirs executors, administrators, successors and assigns forever.

Grantor is the owner of said premises.

Grantor covenants that Grantor has not done or suffered anything whereby said premises have been encumbered in any way whatever, except as set forth herein.

Grantor, in compliance with Section 13 of the Lien Law, covenants that he will receive the consideration for this conveyance and will hold the right to receive such consideration as a trust fund to be applied first for the purpose of paying the cost of the improvement before using any part of the total of the same for any purpose.

IN WITNESS WHEREOF, Grantor has duly executed this deed on the date first above written.

*Richard W. Thew*
RICHARD W. THEW, *Individually and as Trustee*

STATE OF NEW YORK
COUNTY OF DUTCHESS, ss.

On the /7th day of May, 2002, before me, the undersigned notary public, personally appeared Richard W. Thew, personally known to me proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

William J O'Hare
Notary Public

R&R:
O'Hare & O'Hare, P.C.
488 Freedom Plains Road Suite 103
Poughkeepsie, NY 12603

WILLIAM J. O'HARE
Notary Public, State of New York
No. 02OH5012970
Qualified in Dutchess County
Commission Expires June 15, 2007

**DUTCHESS COUNTY CLERK RECORDING PAGE**

(Parcel II is still in title here)

RECORD & RETURN TO:

```
OHARE AND OHARE
10 BEEKMAN ROAD
P.O. BOX C
HOPEWELL JUNCTION    NY 12533
```

RECORDED: 11/13/96
AT: 13:24:34
COUNTY CLERK: #8032

RECEIVED FROM:   OHARE & OHARE

GRANTOR:   THEW GERALD R
GRANTEE:   THEW FAMILY TRUST

RECORDED IN:   DEED
INSTRUMENT TYPE:

TAX DISTRICT: LA GRANGE & Beekman

EXAMINED AND CHARGED AS FOLLOWS:

RECORDING CHARGE:            84.00            NUMBER OF PAGES:   14
TRANSFER TAX AMOUNT:        800.00
TRANSFER TAX NUMBER:   #002148

E & A FORM:   Y

TP-584:   Y

COUNTY CLERK BY: SRB /
RECEIPT NO:   R56267
BATCH RECORD:   C00278

WILLIAM L. PAROLI, JR.
County Clerk

664428
781474
700600
638480

CONSULT YOUR LAWYER BEFORE SIGNING THIS INSTRUMENT – THIS INSTRUMENT SHOULD BE USED BY LAWYERS ONLY