

## DUTCHESS COUNTY CLERK RECORDING PAGE

RECORD & RETURN TO:

```
OHARE & OHARE
488 FREEDOM PLAINS ROAD
SUITE 103
POUGHKEEPSIE        NY 12603
```

RECORDED: 08/06/2002

AT:       10:37:26

DOCUMENT #: 02 2002 7543

RECEIVED FROM:   OHARE & OHARE

GRANTOR:   THEW RICHARD W
GRANTEE:   R W THEW TRUST

RECORDED IN:   DEED
INSTRUMENT TYPE:

TAX
DISTRICT: BEEKMAN

EXAMINED AND CHARGED AS FOLLOWS:

RECORDING CHARGE:              66.00          NUMBER OF PAGES:   3

TRANSFER TAX AMOUNT:

TRANSFER TAX NUMBER:  #000094

E & A FORM: Y                          ***  DO NOT DETACH THIS
                                       ***  PAGE
TP-584:    Y                           ***  THIS IS NOT A BILL

```
COUNTY CLERK BY: JJF /_____
RECEIPT NO:    R57903
BATCH RECORD: A00185
```



RICHARD M. ANDERSON
County Clerk

0 2 2 0 0 2 7 5 4 3

**Bargain and Sale Deed**

**THIS INDENTURE** made May 17, 2002 among Richard W. Thew having an address at 195 Thew Road, LaGrangeville, New York 12540 ("Grantor") and R.W. Thew Trust having an address at 195 Thew Road, LaGrangeville, NY 12540("Grantee") *individually and as Trustee*

**WITNESSETH,** that Grantor, in consideration of Ten Dollars and other valuable consideration, the receipt and sufficiency of which hereby are acknowledged, does hereby grant and release unto Grantee and his heirs, executors, administrators, successors and assigns forever,

**ALL** that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the Town of Beekman, County of Dutchess and State of New York, Grid no: 6559-00-847171-00; 6559-00-856226; Sold 6559-00-871170 being more particularly described in Exhibit A attached hereto and made a part hereof, *AND 6559-00-988522-0000*

1. LIBER 228
   2001-1711
2. 1519-479
   eML 90-488 mother
3. LBR 1794-228

4. 1986-452
   1158-53

**TOGETHER** with all right, title and interest, if any, of Grantor in and to any streets and road abutting said premises to the center lines thereof,

**TOGETHER** with the appurtenances and all the estate and rights of Grantor in and to said premises,

**TO HAVE AND TO HOLD** the premises herein granted unto Grantee and his heirs executors, administrators, successors and assigns forever.

Grantor is the owner of said premises.

Grantor covenants that Grantor has not done or suffered anything whereby said premises have been encumbered in any way whatever, except as set forth herein.

Grantor, in compliance with Section 13 of the Lien Law, covenants that he will receive the consideration for this conveyance and will hold the right to receive such consideration as a trust fund to be applied first for the purpose of paying the cost of the improvement before using any part of the total of the same for any purpose.

**IN WITNESS WHEREOF,** Grantor has duly executed this deed on the date first above written.

Richard W. Thew

RICHARD W. THEW *INDIVIDUALLY AND AS TRUSTEE*

STATE OF NEW YORK
COUNTY OF DUTCHESS , ss.

On the 17th day of May , 2002, before me, the undersigned notary public, personally appeared Richard W. Thew, personally known to me proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by

his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

_William J O'Hare_
Notary Public

R&R:
O'Hare & O'Hare, P.C.
488 Freedom Plains Road Suite 103
Poughkeepsie, NY 12603

WILLIAM J. O'HARE
Notary Public, State of New York
No. 02OH5012970
Qualified in Dutchess County
Commission Expires June 15, 2004