

## DUTCHESS COUNTY CLERK RECORDING PAGE

**RECORD & RETURN TO:**

| | |
|---|---|
| OHARE & OHARE PC<br>488 FREEDOM PLAINS RD<br>STE 103<br>POUGHKEEPSIE    NY 12603 | RECORDED: 05/28/2003<br>AT:         09:16:39<br>DOCUMENT #: 02 2003 4641 |

RECEIVED FROM:  ANN LYNCH

GRANTOR:  THEW RICHARD W
GRANTEE:  R W THEW TRUST

RECORDED IN:   DEED                    TAX
INSTRUMENT TYPE:                       DISTRICT: BEEKMAN

EXAMINED AND CHARGED AS FOLLOWS:

RECORDING CHARGE:          91.00        NUMBER OF PAGES:   3

TRANSFER TAX AMOUNT:

TRANSFER TAX NUMBER:  #007791

E & A FORM:  Y                         ***  DO NOT DETACH THIS
                                       ***  PAGE
TP-584:    Y                           ***  THIS IS NOT A BILL

COUNTY CLERK BY: MMB /_____
RECEIPT NO:   R38471
BATCH RECORD: D00179

*RICHARD M. ANDERSON*
County Clerk



## BARGAIN AND SALE DEED WITH COVENANTS

THIS INDENTURE, made April 1, 2003, among, having an address at Richard W. Thew, as Executor of the Estate of Gerald Thew having an address at Clapp Hill Road, LaGrangeville, NY 12540 (hereinafter referred to as "Grantors"), and R.W. Thew Trust having an address at Clapp Hill Road, LaGrangeville, New York 12540 ("Grantee").

WITNESSETH, that Grantors, in consideration of Ten Dollars and other valuable consideration, the receipt and sufficiency of which hereby are acknowledged, do hereby grant and release unto Grantee and the heirs, executors, administrators, legal representatives, successors and assigns of Grantee forever,

ALL that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the Town of Beekman the County of Dutchess and the State of New York, Grid no: 6659-00-018292 -00 containing 92 acres and 6659-00-018292-99 containing 36.1 acres;

TOGETHER with all right, title and interest, if any, of Grantors in and to any streets and roads abutting the above described premises to the center lines thereof,

TOGETHER with the appurtenances and all the estate and rights of Grantors in and to said premises,

SUBJECT TO all laws, ordinances and regulations of governmental authorities affecting said premises; the state of facts a current survey of said premises would show; and all matters of record.

TO HAVE AND TO HOLD the premises herein granted unto Grantee and the heirs, executors, administrators, legal representatives, successors and assigns of Grantee forever.

Grantors are the owners of said premises. Said premises is not located in an agricultural district.

Grantors covenant that Grantors have not done or suffered anything whereby said premises have been encumbered in any way whatever, except as set forth herein.

Grantors, in compliance with Section 13 of the Lien Law, covenant that Grantors will receive the consideration for this conveyance and will hold the right to receive such consideration as a trust fund to be applied first for the purpose of paying the cost of the improvement before using any part of the total of the same for any other purpose.

IN WITNESS WHEREOF Grantors have duly executed this deed on the date first

above written.

                         X *Richard W Thew*
                         Estate of Gerald Thew by
                         Richard W. Thew as Trustee

STATE OF NEW YORK, COUNTY OF DUTCHESS, ss.

On the 1st day of April, 2003, before me, the undersigned notary public, personally appeared Richard W. Thew, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

                         *Susan F. Condon*
                         Notary Public
                         My commission expires on

R&R:
O'Hare & O'Hare, P.C.
488 Freedom Plains Rd. Suite 103
Poughkeepsie, New York 12603

                         SUSAN E. CONDON
                         Notary Public, State Of New York
                         No. 01CO6058378
                         Qualified In Dutchess County
                         Commission Expires May 7, 20 03