**Reed Smith Shaw McClay**
**Escrow Account Fleet Bank # 499900424**
As of 04/07/2004 1:11:12 PM

| DATE | CLIENT NAME | ATTORNEY | CHECK | PAYEE/DESCRIPTION | DEBIT | CREDIT |
|---|---|---|---|---|---|---|
| 12/31/2003 | 74682403/RICHARD THE | WMB | | TRANSFERRED FROM 281 ACCOU | $1,654,216.70 | |
| 01/13/2004 | 74682403/RICHARD THE | WMB | | KEY BANK:THEW ACCOUNT | | $200,000.00 |
| 01/27/2004 | 74682403/RICHARD THE | WMB | | KEY BANK:THEW ACCOUNT | | $254,216.70 |
| 02/26/2004 | 74682403/RICHARD THE | WMB | | REEDSMITH LLP | | $31,796.65 |
| 02/26/2004 | 74682403/RICHARD THE | WMB | | KEY BANK:THEW ACCOUNT | | $100,000.00 |
| 03/12/2004 | 74682403/RICHARD THE | WMB | | KEY BANK:THEW ACCOUNT | | $150,000.00 |
| | | | | | $1,654,216.70 | $736,013.35 |
| | | | | | | $918,203.35 |

**Reed Smith Shaw McClay**
**Escrow Account Fleet Bank # 499900424**
As of 04/07/2004 1:12:37 PM

| DATE | CLIENT NAME | ATTORNEY | CHECK PAYEE/DESCRIPTION | DEBIT | CREDIT |
|---|---|---|---|---|---|
| 11/14/2003 | ESTATE OF THEW | WMB | FR: CURRY FAMILY PARTNERSHI | | $200,000.00 |
| 12/22/2003 | ESTATE OF THEW | WMB | FR:OHARE & OHARE PC ATTNYS | | $1,940,000.00 |
| 12/22/2003 | ESTATE OF THEW | WMB | REEDSMITH,LLP | $185,783.30 | |
| 12/29/2003 | ESTATE OF THEW | WMB | KEY BANK; THEW ACCOUNT | $300,000.00 | |
| 12/31/2003 | ESTATE OF THEW | WMB | TRANSFER TO NEW SUBACC:4682 | $1,654,216.70 | |
| | | | | $2,140,000.00 | $2,140,000.00 |

$0.00