8535-4\MMC

UNITED STATES DISTRICT COURT
SUPREME COURT OF THE STATE OF NEW YORK
------------------------------------------------------------------------x
MELINDA THEW COOPER,

                              Plaintiff,

    -against-

LARRY THEW; JOHN THEW; LARRY THEW, as Executor of
the Estate of Richard Thew; JOHN THEW, as Executor of the
Estate of Richard Thew; LARRY THEW, as successor co-
trustee of the Gerald Thew Family Trust; JOHN THEW, as
successor co-trustee of the Gerald Thew Family Trust; LARRY
THEW as co-trustee of the R.W. Thew Trust a/k/a the R.W.
Thew Irrevocable Living Trust; JOHN THEW, as co-trustee of
the R.W. Thew Trust a/k/a the R.W. Thew Irrevocable Living
Trust; THE CURRY FAMILY PARTNERSHIP; TACONIC 82,
INC.; LARRY THEW, as an officer and/or director of TACONIC
82, INC.; JOHN THEW, as an officer and/or director of
TACONIC 82, INC.; REED SMITH, LLP; STEPHEN P.
O'HARE, ESQ.; WILLIAM J. O'HARE, ESQ.; O'HARE &
O'HARE, P.C.; MICHELE THEW; and PATRICIA CARSON,

                              Defendants.
------------------------------------------------------------------------x

04 CV 8928

Assigned Judge: Hon.
 Colleen McMahon, USDJ

---

**PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION
TO MOTION TO DISMISS BY DEFENDANTS THEW**

---

        McCABE & MACK, LLP
        Attorneys for Plaintiff
        63 Washington Street
        P.O. Box 509
        Poughkeepsie, NY 12602-0509
        (914) 486-6800