UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MELINDA THEW COOPER, Individually and as a shareholder of TACONIC 82, INC.,

                  Plaintiff,

-against-

LARRY THEW; JOHN THEW; LARRY THEW, as Executor of the Estate of Richard Thew; JOHN THEW, as Executor of the Estate of Richard Thew; LARRY THEW, as successor co-trustee of the Gerald Thew Family Trust; JOHN THEW, as successor co-trustee of the Gerald Thew Family Trust; LARRY THEW, as co-trustee of the R.W. Thew Trust a/k/a the R.W. Thew Irrevocable Living Trust; JOHN THEW, as co-trustee of the R.W. Thew Trust a/k/a the R.W. Thew Irrevocable Living Trust; THE CURRY FAMILY PARTNERSHIP; TACONIC 82, INC.; LARRY THEW, as an officer and/or director of TACONIC 82, INC.; JOHN THEW, as an officer and/or director of TACONIC 82, INC.; REED SMITH LLP; STEPHEN P. O'HARE, ESQ.; WILLIAM J. O'HARE, ESQ.; O'HARE & O'HARE, P.C.; MICHELE THEW; and PATRICIA CARSON,

                  Defendants.

Civ. No. 04 CIV. 8928

CM

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK    )
                                : ss.
COUNTY OF NEW YORK  )

I, Rosemary Finnerty, being duly sworn, depose and say:

    1.    I am not a party to this action; I am over the age of 18 years and reside

in Hudson County, New Jersey.

2. On February 8, 2005, I served true copies of the within **Reply Memorandum of Law in Further Support of Defendant Reed Smith LLP's Motion to Dismiss the Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) and Fed. R. Civ. P. 56** by depositing copies of same enclosed in a wrapper addressed as shown below via UPS overnight delivery, to the following persons at the last known address as set forth below:

**Service List:**

Thomas Halley, Esq.
80 Washington Street
Suite 309
Poughkeepsie, NY 12601
Attorney for Defendants, The Curry Family Partnership, William J. O'Hare
    and O'Hare and O'Hare

Patricia Carson
Pulling Road
6 O'Hare Drive
LaGrangeville, NY 12540

_____
Rosemary Finnerty

Sworn to and Subscribed
before me this 9th day
of February, 2005.

_____
Notary Public

MONIQUE HENDERSON
Notary Public, State of New York
No. 01HE5076668
Qualified in Queens County
Commission Expires April 28, 2007

2