SURROGATE'S COURT OF THE STATE OF NEW YORK
COUNTY OF DUTCHESS
------------------------------------------------------------------X

In the Matter of the Estate of GERALD R. THEW

                               Deceased.

**AFFIDAVIT OF SERVICE**

File No. 89659/00

Assigned Justice:
Hon James D. Pagones

------------------------------------------------------------------X

In the Matter of the ACCOUNTING BY JOAN THEW
DECKER and ALLAN E. RAPPLEYEA, Trustees under
the Will of DORIS C. THEW,

                               Deceased.

File No. 75001

------------------------------------------------------------------X

In the Matter of the Estate of RICHARD W. THEW

                               Deceased.

File No. 93543/2004

------------------------------------------------------------------X

STATE OF NEW YORK   )
                               ) ss.:
COUNTY OF DUTCHESS )

    MARTIN VONDERAU., being duly sworn, deposes and says:

    I am not a party to the action, am over 18 years of age and reside in Poughkeepsie, New York.

    On July 28, 2004, I served an ORDER TO SHOW CAUSE WITH SUPPORTING AFFIDAVIT OF ALLAN E. RAPPLEYEA and accompanying MEMORANDUM OF LAW in the following manner:
    by mailing the same, *certified and return receipt requested*, in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address(es) of the addressee(s) as indicated below:

    Ms. Melinda Thew Cooper
    669 Reeves Road
    Franklin, KY 42134

Mr. Garret Thew
P.O. Box 192
644 Salmon Lane
Ennice, NC 28623-0192

Mr. Kevin Thew
695 Canal Drive SE
Sunset Harbor
Bolivia, NC 28422

                                                      _____
                                                      MARTIN VONDERAU

Sworn to before me
July 29, 2004.

_____
NOTARY PUBLIC

            VICTORIA R. TRIPP
    Notary Public, State of New York
          No. 01TR6091025
     Qualified in Dutchess County
  Commission Expires April 21, 20 07

2

SURROGATE'S COURT OF THE STATE OF NEW YORK
COUNTY OF DUTCHESS
-------------------------------------------------------------------X

In the Matter of the Estate of Gerald R. Thew

                            Deceased.

AFFIDAVIT OF SERVICE

File No. 89659/00

Assigned Justice:
Hon James D. Pagones

-------------------------------------------------------------------X

In the Matter of the ACCOUNTING BY JOAN THEW
DECKER and ALLAN E. RAPPLEYEA, Trustees under
the Will of DORIS C. THEW,

                            Deceased.

File No. 75001

-------------------------------------------------------------------X

In the Matter of the Estate of RICHARD W. THEW

                            Deceased.

File No. 93543/2004

-------------------------------------------------------------------X

STATE OF NEW YORK   )
                          ) ss.:
COUNTY OF DUTCHESS  )

      MARTIN VANDERAU, being duly sworn, deposes and says:

      I am not a party to the action, am over 18 years of age and reside at Poughkeepsie, New York.

      On July 28, 2004, I served a true copy of an Order to Show Cause with supporting affidavit of Allan E. Rappleyea and accompanying Memorandum of Law annexed hereto by mailing the same in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee(s) as indicated below:

Stephen P. O'Hare
O'Hare & O'Hare, P.C.
488 Freedom Plains Road
Suite 103
Poughkeespie, NY 12603

William M. Bagliebter, Esq.
Reed Smith LLP
599 Lexington Avenue – 29th Floor
New York, NY 10022

Ellen Baker, Esq.
McCabe & Mack, LLP
P.O. Box 509
Poughkeepsie, NY 12602-0509

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　MARTIN VONDERAU

Sworn to before me this
29th day of July, 2004.

_____
Notary Public

VICTORIA R. TRIPP
Notary Public, State of New York
No. 01TR6091025
Qualified in Dutchess County
Commission Expires April 21, 20_07_

| | |
|---|---|
| SURROGATE'S COURT: COUNTY OF :DUTCHESS | STATE OF NEW YORK |

-----------------------------------------------------------------x

IN THE MATTER OF THE ESTATE OF GERALD R THEW

           - against -

                                                 Plaintiff

                                                 Defendant,

-----------------------------------------------------------------x

Attorney
File # :    407-394
Index # :   89659/00
Date Index # Purchased :

***AFFIDAVIT OF SERVICE***
ORDER TO SHOW CAUSE WITH ATTACHED AFFIDAVITS OF ALLAN E RAPPLEYEA AND A MEMORANDUM OF LAW

STATE OF NEW YORK        COUNTY OF DUTCHESS      SS.:

CHARLES H. HOWES, JR., being duly sworn, deposes and says: That deponent is not a party to this action, is over 18 years of age and resides at   HOPEWELL JUNCTION, NEW YORK
That on   JULY 30 2004       at   9:00 AM      at   180 CLAPP HILL ROAD LAGRANGEVILLE NY        deponent served the above paper upon   JOHN THEW

       By delivering a true copy thereof to said defendant/witness personally; deponent knew said person served to be the person described as defendant (witness) therein.

       A                      corporation, by delivering a true copy thereof to
personally; deponent knew said corporation served to be the corporation described as defendant (witness) and knew said individual to be                                ( authorized to accept service on behalf of the corporation )

☒   By delivering a true copy thereof to     LARRY THEW "BROTHER "         a person of suitable age and discretion. Said premises is defendant's / witness'      (dwelling place)         within the State.

       By affixing a true copy thereof to the door of said premises, the same being the defendant's     (dwelling place) (usual place of abode)(place of business)    within the State of New York. Deponent was unable, with due diligence, to locate defendant (witness) or a person of suitable age and discretion thereat, having called there on the following dates and times :

☒   Deponent also enclosed a copy thereof in a first class postpaid, sealed envelope properly addressed to defendant (witness) at 180 CLAPP HILL ROAD LAGRANGEVILLE NY
defendant's (witness') last known (residence)                 and deposited said wrapper in an official US. Postal Service depository within the State, on    7/31/04      The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.
       ☐    A certified Mailing,    ☐    Return Receipt requested was performed. #                 was effected.

       Deponent paid (tendered) in advance $              , the authorized traveling expenses and one day's witness fee.

☒   DESCRIPTION - Deponent describes the individual served as follows:
     Sex   MALE      Skin color   WHITE      Approx. age   55      Approx. Ht.   6'      Approx. Wt.    225 lbs.
     Color of Hair    GRAY     Beard        Mustache        Other:

MILITARY SERVICE - Deponent asked the person served (spoken to) whether the defendant was in active military service of the United States or of the State and was informed he/she was not. Defendant wore ordinary civilian clothes and no military uniform.

Sworn to before me this
2   day of AUGUST 2004

_Ellen Edwards_
Notary Public
     ELLEN EDWARDS
     NOTARY PUBLIC, State of New York
     Qualified in Ulster County
     Commission Expires August 23, 2005

_CHARLES H. HOWES, JR._

SURROGATE'S COURT: COUNTY OF :DUTCHESS                                   STATE OF NEW YORK
-----------------------------------------------------------------------x
                                                                         Attorney
IN THE MATTER OF THE ESTATE OF GERALD R THEW                             File # :      407-395
                                                                         Index # :     89659/00
                                                        Plaintiff        Date Index # Purchased :
              - against -                                                *AFFIDAVIT OF SERVICE*
                                                                         ORDER TO SHOW CAUSE WITH
                                                                         ATTACHED AFFIDAVITS OF
                                                        Defendant,       ALLAN E RAPPLEYEA AND A
                                                                         MEMORANDUM OF LAW
-----------------------------------------------------------------------x
STATE OF NEW YORK              COUNTY OF DUTCHESS              SS.:

CHARLES H. HOWES, JR.  , being duly sworn, deposes and says: That deponent is not a party to this action, is over 18 years of age and resides at   HOPEWELL JUNCTION, NEW YORK
That on     JULY 30 2004                at 9:30 AM      at 119 EMANS ROAD LAGRANGEVILLE NY                                                deponent served the above paper upon  JOAN DECKER

☒ By delivering a true copy thereof to said defendant/witness personally; deponent knew said person served to be the person described as defendant (witness) therein.

   A                            corporation, by delivering a true copy thereof to
   personally; deponent knew said corporation served to be the corporation described as defendant (witness) and knew said individual to be                                        ( authorized to accept service on behalf of the corporation )

   By delivering a true copy thereof to                                     a person of suitable age and
   discretion. Said premises is defendant's / witness'    (dwelling place)                       within the State.

   By affixing a true copy thereof to the door of said premises, the same being the defendant's    (dwelling place) (usual place of abode)(place of business)    within the State of New York. Deponent was unable, with due diligence, to locate defendant (witness) or a person of suitable age and discretion thereat, having called there on the following dates and times :

   Deponent also enclosed a copy thereof in a first class postpaid, sealed envelope properly addressed to defendant (witness) at

   defendant's (witness') last known  (residence)                          and deposited said wrapper in an official US. Postal Service
   depository within the State, on             The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.
   ☐ A certified Mailing,  ☐ Return Receipt requested was performed. #                         was effected.

   Deponent paid (tendered) in advance $          , the authorized traveling expenses and one day's witness fee.

☒ DESCRIPTION - Deponent describes the individual served as follows:
   Sex FEMALE    Skin color   WHITE     Approx. age 75    Approx. Ht. 5'4    Approx. Wt.   125 lbs.
   Color of Hair BROWN   Beard       Mustache        Other:

MILITARY SERVICE - Deponent asked the person served (spoken to) whether the defendant was in active military service of the United States or of the State and was informed he/she was not. Defendant wore ordinary civilian clothes and no military uniform.

Sworn to before me this
   2    day of AUGUST 2004

_Ellen Edwards_                                                    _Charles H. Howes, Jr._
Notary Public
   ELLEN EDWARDS
   NOTARY PUBLIC, State of New York
   Qualified in Ulster County
   Commission Expires August 23, 2005

| | |
|---|---|
| SURROGATE'S COURT: COUNTY OF :DUTCHESS | STATE OF NEW YORK |

------------------------------------------------------------------x

IN THE MATTER OF THE ESTATE OF GERALD R THEW

                            Plaintiff

- against -

                            Defendant,

------------------------------------------------------------------x

Attorney
File # :   407-393
Index # :  89659/00
Date Index # Purchased :

***AFFIDAVIT OF SERVICE***
ORDER TO SHOW CAUSE WITH ATTACHED AFFIDAVITS OF ALLAN E RAPPLEYEA AND A MEMORANDUM OF LAW

STATE OF NEW YORK       COUNTY OF DUTCHESS       SS.:

        CHARLES H. HOWES, JR. , being duly sworn, deposes and says: That deponent is not a party to this action, is over 18 years of age and resides at    HOPEWELL JUNCTION, NEW YORK
That on    JULY 30 2004        at  9:00 AM    at  180 CLAPP HILL ROAD
LAGRANGEVILLE NY                                                deponent served the above paper
upon  LARRY THEW

[X]   By delivering a true copy thereof to said defendant/witness personally; deponent knew said person served to be the person described as defendant (witness) therein.

      A                            corporation, by delivering a true copy thereof to
personally; deponent knew said corporation served to be the corporation described as defendant (witness) and knew said individual to be                                ( authorized to accept service on behalf of the corporation )

      By delivering a true copy thereof to                            a person of suitable age and discretion. Said premises is defendant's / witness'    (dwelling place) (usual place of abode) (place of business)   within the State.

      By affixing a true copy thereof to the door of said premises, the same being the defendant's    (dwelling place) (usual place of abode)(place of business)   within the State of New York. Deponent was unable, with due diligence, to locate defendant (witness) or a person of suitable age and discretion thereat, having called there on the following dates and times :

Deponent also enclosed a copy thereof in a first class postpaid, sealed envelope properly addressed to defendant (witness) at

defendant's (witness') last known (residence) (place of business)    and deposited said wrapper in an official US. Postal Service depository within the State, on            The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.
    [ ] A certified Mailing,  [ ] Return Receipt requested was performed. #              was effected.

Deponent paid (tendered) in advance $        , the authorized traveling expenses and one day's witness fee.

[X]   DESCRIPTION - Deponent describes the individual served as follows:
     Sex  MALE     Skin color  WHITE     Approx. age 55    Approx. Ht. 6'    Approx. Wt.  225 lbs.
     Color of Hair  GRAY     Beard     Mustache      Other:

MILITARY SERVICE - Deponent asked the person served (spoken to) whether the defendant was in active military service of the United States or of the State and was informed he/she was not. Defendant wore ordinary civilian clothes and no military uniform.

Sworn to before me this
2  day of AUGUST 2004

_Ellen Edwards_
Notary Public
    ELLEN EDWARDS
NOTARY PUBLIC, State of New York
   Qualified in Ulster County
Commission Expires August 23, 2005

                                                                                 CHARLES H. HOWES, JR.