UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
MELINDA THEW COOPER,                    **AFFIDAVIT OF SERVICE**

                            Plaintiff,            Civ No: 04-8928

   -against-
                                                  Assigned Judge:
LARRY THEW; et al.                     Hon. Colleen McMahon
                            Defendants
----------------------------------------------------------------x

STATE OF NEW YORK     )
                              ) ss.:
COUNTY OF DUTCHESS  )

    MELANIE CHANGRA, being duly sworn, deposes and says:

    I am a secretary with the law office of M<sup>c</sup>Cabe & Mack LLP, attorneys for Plaintiff, am over 18 years of age and am not a party to this action.

    On the 3rd day of February, 2005 I served a copy of the attached **Response to Motion of Defendants Thew for Summary Judgment** upon the following parties whose name is hereinafter set forth by depositing a true copy of same in a securely enclosed wrapper, at the postal box located on Mansion Street in Poughkeepsie, New York, which box is under the exclusive custody and care of the United States Post Office, which copies are directed to said parties at the addresses set after their respective names, that being the address within the State designated by them for that purpose, to wit:

Name and address of Parties

Thomas Halley, Esq.
80 Washington Street
Poughkeepsie, NY 12601

                                                  */s/ Melanie Changra*
                                                  MELANIE CHANGRA

Sworn to before me this
3rd day of February, 2005.

*/s/ Nancy P. Yamen*
Notary Public

NANCY P. YAMEN
NOTARY PUBLIC, State of New York
No. 01YA4600554
Qualified in Dutchess County
Commission Expires Apr. 30, 2006