UNITED STATES DISCRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------x

MELINDA THEW COOPER, individually and as a
shareholder of TACONIC 82, INC.,

**SUPPLEMENTAL
AFFIDAVIT OF SERVICE**

Plaintiff,

—against—

**04 CIV. 8928-CM**

LARRY THEW; JOHN THEW; LARRY THEW, as
executor of the Estate of Richard Thew; JOHN THEW,
as executor of the Estate of Richard Thew; LARRY
THEW, as successor co-trustee of the Gerald Thew Family
Trust; JOHN THEW, as successor co-trustee of the Gerald
Thew Family Trust; LARRY THEW, as co-trustee of the
R.W. Thew Trust a/k/a/ the R.W. Thew Irrevocable Living
Trust; JOHN THEW, as co-trustee of the R.W. Thew Trust
a/k/a the R.W. Thew Irrevocable Living Trust; THE CURRY
FAMILY PARTNERSHIP; TACONIC 82, INC.; LARRY
THEW, as an officer and/or director of TACONIC 82, INC.;
JOHN THEW, as an officer and/or director of TACONIC
82, INC.; REED SMITH, LLP; STEPHEN P. O'HARE,
Esq.; WILLIAM J. O'HARE, Esq.; O'HARE & O'HARE,
P.C.; MICHELE THEW; and PATRICIA CARSON,

Defendants.

-------------------------------------------------------------------------x

STATE OF NEW YORK               )
                                )
COUNTY OF WESTCHESTER           ) ss.:


STEPHANIE SCHINELLA, being duly sworn, deposes and says:

I am employed by the firm of Kurzman Eisenberg Corbin Lever & Goodman, LLP, attorneys
for Defendants; I am not a party to the above action; I am over 18 years of age and reside at New
Rochelle, New York. On January 18, 2005, I served the within **REPLY MEMORANDUM OF
LAW IN SUPPORT OF MOTION TO DISMISS AND DECLARATION OF KATHRYN P.
BELLER** via FIRST CLASS MAIL at the following addresses:

Thomas Halley, Esq.
80 Washington Street, Suite 309
Poughkeepsie, NY 12601

*Stephanie Schinella*
Stephanie Schinella

Sworn to before me this
_____ day of February, 2005

DORIAN SULLIVAN-HVISCH
Notary Public, State of New York
No. 01SU5074798
Qualified in Putnam County
Commission Expires March 24, 2007

Notary Public

H:\40694\0000\SS1849.WPD