UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____x

MELINDA COOPER THEW, individually
and as a shareholder of Taconic 82, Inc.,

      Plaintiff,

  -against-                                    04 Civ. 8928 (CM) (LMS)

LARRY THEW, JOHN THEW, et al.,

      Defendants.

_____x

## ORDER

McMahon, J.:

      In light of Defendant Reed Smith LLP's having filed an interpleader action in New York State Supreme Court (to determine ownership of the trust at issue in this case), all parties are hereby ORDERED to show cause why this federal action should not be stayed pending the outcome of the state case. See, e.g., Colorado River Water Conservation Dist. v. United States, 424 U.S. 800 (1976); Brillhart v. Excess Ins. Co., 316 U.S. 491 (1942); see also Vitranschart v. Levy, No. 00 Civ. 3618 (SHS), slip copy, 2000 WL 1239081 (S.D.N.Y. Aug. 31, 2000); Zellen v. Second New Haven Bank, 454 F. Supp. 1359 (D. Conn. 1978).

      The parties shall submit briefs to the Court by May 2, 2005.

      So ordered.

Dated April 18, 2005

                                                      _____
                                                              U.S.D.J.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

Copies mailed / handed / faxed to counsel 4/18/05