UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
——————————————————————X

Melinda Thew Cooper, individually and as a
shareholder of Taconic 82, Inc.,

        Plaintiff(s),

      -against-

Larry Thew, John Thew, et al.,

        Defendant(s).
——————————————————————X

04 Civ. 8928 (CM)(LMS)

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

The above entitled action is referred to the Honorable Lisa M. Smith, United States Magistrate Judge for the following purpose(s):

- [x] General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement
- [ ] Specific Non-Dispositive Motion/Dispute:*
- [ ] Consent under 28 U.S.C. §636(c) for all purposes (including trial)
- [ ] Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction
- [ ] Purpose:
- [ ] Habeas Corpus
- [ ] Social Security
- [ ] Dispositive Motion (i.e., motion requiring a Report and Recommendation

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:

- [ ] Settlement*
- [ ] Inquest After Default/Damages Hearing

Particular Motion:

All such motions:

* Do not check if already assigned for general pretrial.

Dated: 4/26/07
      White Plains, New York

SO ORDERED

_____
Hon. Colleen McMahon
United States District Judge