**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601
914 390 4130

Chambers of  
**Hon. Lisa Margaret Smith**  
Chief United States Magistrate Judge

April 27, 2007

**SCHEDULING ORDER**
04CV8928(CM)(LMS)

Richard Russell DuVall  
McCabe & Mack LLP  
63 Washington Street, P.O. Box 509  
Poughkeepsie, NY 12602

APR 2 2007

Martin Paul Russo  
Nixon Peabody LLP (NYC)  
437 Madison Avenue  
New York, NY 10022

Kenneth Dana Greenwald  
Reed Smith, LLP (PA)  
1650 Market Street  
Philadelphia, PA 19103

The matter of **COOPER-V-THEW** has been scheduled for

a conference before the Hon. Lisa Margaret Smith, Chief United States Magistrate Judge on

May 3, 2007 at 11:30AM in Courtroom 420.

Notify all other parties of this schedule immediately.
*This matter is not subject to reschedule.*

SO ORDERED: *Lisa Margaret Smith*

Hon. Lisa Margaret Smith  
U.S.M.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____