UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MELINDA THEW COOPER, individually : 04 Civ. 8928 (CM)
and as a shareholder of TACONIC 82, Inc., :
: 
Plaintiff, :
: **CERTIFICATE OF SERVICE**
-against- :
:
LARRY THEW et al., :
:
Defendants, :
------------------------------------------------------------------X

    I, Casey D. Laffey, hereby certify that on May 9, 2007, I caused true and correct copies of the foregoing Answer of defendant Reed Smith LLP, to be served upon all counsel by electronic case filing and also by United States mail upon the following address:

    McCABE & MACK LLP
    Attn: Richard R. DuVall
    63 Washington Street
    P.O. Box 509
    Poughkeepsie, New York 12602-0509

    _____
    Casey D. Laffey (CL-1483)