UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
MELINDA THEW COOPER, individually        :   04 Civ. 8928 (CM)
and as a shareholder of TACONIC 82, Inc.,  :
                                          :
                Plaintiff,                :
                                          :   JURY DEMAND
        -against-                         :
                                          :
LARRY THEW et al.,                        :
                                          :
                Defendants,               :
--------------------------------------------------------------X

    Defendants Larry Thew and John Thew, individually and in their representative capacities, Michele Thew and Taconic 82, Inc., hereby request a trial by jury.

Dated: White Plains, New York
      May 9, 2007

                                      Yours, etc.,

                                      KURZMAN EISENBERG CORBIN
                                        & LEVER, LLP

                                      By:_____
                                          Fred D. Weinstein (FW-5682)
                                      Attorneys for Defendants, John Thew and
                                      Larry Thew in their individual and
                                      representative capacities, Michele Thew and
                                      Taconic 82, Inc.
                                      One North Broadway
                                      White Plains, NY  10601
                                      (914) 285-9800

TO:    All Counsel

H:\40694\0000\CAT7620.DOC