UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MELINDA THEW COOPER, individually     :     04 Civ. 8928 (CM)
and as a shareholder of TACONIC 82, Inc.,    :
                                              :
            Plaintiff,                        :
                                              :     AFFIDAVIT OF
        -against-                             :     SERVICE
                                              :
LARRY THEW et al.,                            :
                                              :
            Defendants,                       :
------------------------------------------------------------X

    I, Catherine Leone, hereby certify that on May 9, 2007, I caused true and correct copies of the foregoing Answer and Affirmative Defenses and Jury Demand of defendants, John Thew and Larry Thew in their individual representative capacities, Michele Thew and Taconic 82, Inc., to be served upon all counsel by electronic case filing and also by United States mail upon the following counsel:

McCabe & Mack, LLP
63 Washington Street
P.O. Box 509
Poughkeepsie, NY  12602-0509
Attn:  Richard R. DuVall, Esq.

Reed Smith LLP
599 Lexington Avenue
New York, NY  10022
Attn:  Jonathan Miller, Esq.

William J. O'Hare
6 O'Hare Drive
LaGrangeville, NY  12540

Stephen O'Hare, Esq.
Stephen O'Hare, PLLC
488 Freedom Plains Road – Ste. 103
Poughkeepsie, NY  12603

O'Hare and O'Hare, P.C.
488 Freedom Plains Road – Ste. 103
Poughkeepsie, NY  12603

Patricia Carson
Pulling Road
6 O'Hare Drive
LaGrangeville, NY  12540

The Curry Family Partnership
Ora J. Curry, General Partner
45 Midgeon Road
Torrington, CT  06790

_____
CATHERINE LEONE

Sworn to before me this
9th day of May, 2007
_Connie Barbone_____
Notary Public

H:\40694\0000\CAT7615.DOC

CONNIE BARBONE
Notary Public, State of New York
No. 4639314
Qualified in Westchester County
Commission Expires November 30, 2010