UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
──────────────────────────────X
MELINDA THEW COOPER, individually
and as shareholder of TACONIC 82, Inc.,

                                                       NOTICE OF APPEARANCE

             Plaintiff,

v.

                                                       04 Civ. 8928 (CM)

LARRY THEW, et al.,

             Defendants.

──────────────────────────────X

**COUNSELORS:**

      **PLEASE TAKE NOTICE** that Edwin F. Chociey, Jr., Anthony J. Sylvester and Neena Barua of Riker, Danzig, Scherer, Hyland & Perretti LLP are now appearing as attorneys of record for defendant **Reed Smith LLP**.

      **REQUEST IS HEREBY MADE** that all notices given or required to be given or served in this action pursuant to the Federal Rules of Civil Procedure or the Local Rules of Court shall be directed and served upon:

                              Edwin F. Chociey, Jr. and
                              Anthony J. Sylvester
                              Riker, Danzig, Scherer, Hyland & Perretti LLP
                              Headquarters Plaza
                              One Speedwell Avenue
                              Morristown, NJ 07962-1981
                              Telephone: (973) 538-0800
                              Facsimile: (973) 538-1984
                              echociey@riker.com;
                              asylvester@riker.com

                              -and-

        Neena Barua
        Riker, Danzig, Scherer, Hyland & Perretti LLP
        500 Fifth Avenue
        Suite 4920
        New York, NY 10110
        Telephone: (212) 302-6574
        Facsimile: (212) 302-6628
        nbarua@riker.com

Dated: New York, New York
       May 21, 2007

        Respectfully submitted,

        RIKER, DANZIG, SCHERER,
        HYLAND & PERRETTI LLP


        By: _____
          Edwin F. Chociey, Jr. (EC-6575)
          Anthony J. Sylvester (AS-0372)
          Neena Barua (NB-6090)
          Attorneys for Defendant
          Reed Smith LLP

## CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2007 the original of the foregoing Notice of Appearance was served via electronic filing and regular mail upon the Clerk of the Court at the following address:

>Clerk
>United States District Court
>300 Quarropas Street
>White Plains, NY 10601-4150

and a copy of the Notice of Appearance was served via regular mail on May 21, 2007 upon the following counsel:

Richard R. DuVall, Esq.
McCabe & Mack LLP
63 Washington Street
Poughkeepsie, NY 12602-0509

Fred Weinstein, Esq.
Kurzman Eisenberg Corbin Lever & Goodman LLP
1 North Broadway
White Plains, NY 10601

Martin P. Russo, Esq.
Nixon Peabody LLP
437 Madison Avenue
New York, NY 10022

_____
Neeha Barua

Dated: New York, New York
       May 21, 2007

3760285.1