8535-0004/mmc

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
MELINDA THEW COOPER,

                   Plaintiff,

-against-

LARRY THEW; JOHN THEW; LARRY THEW, as Executor
of the Estate of Richard Thew; JOHN THEW, as Executor of
the Estate of Richard Thew; LARRY THEW, as successor co-
trustee of the Gerald Thew Family Trust; JOHN THEW, as
successor co-trustee of the Gerald Thew Family Trust; LARRY
THEW as co-trustee of the R.W. Thew Trust a/k/a the R.W.
Thew Irrevocable Living Trust; JOHN THEW, as co-trustee of
the R.W. Thew Trust a/k/a the R.W. Thew Irrevocable Living
Trust; THE CURRY FAMILY PARTNERSHIP; TACONIC
82, INC.; LARRY THEW, as an officer and/or director of
TACONIC 82, INC.; JOHN THEW, as an officer and/or
director of TACONIC 82, INC.; REED SMITH, LLP;
STEPHEN P. O'HARE, ESQ.; WILLIAM J. O'HARE, ESQ.;
O'HARE & O'HARE, P.C.; MICHELE THEW; and
PATRICIA CARSON,

                   Defendants
------------------------------------------------------------------x

**STIPULATION OF DISCONTINUANCE**

04 Civ. 8928 (CM)(LMS)

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all the parties in the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued pursuant to the terms of a Settlement and Mutual Release Agreement dated as of June 5, 2007, without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

    This Stipulation may be executed in any number of counterparts, each of which may be deemed an original and all of which together shall constitute one and the same instrument.

DATED: ~~June~~ ___, 2007

McCABE & MACK LLP

By: _____
Richard R. DuVall, Esq.
Attorneys for Plaintiff
63 Washington Street
P.O. Box 509
Poughkeepsie, NY 12602-0509
Tel. (845) 486-6800

KURZMAN, EISENBERG, CORBIN & LEVER

By: _____
Fred D. Weinstein, Esq.
Attorneys for Defendants Larry Thew, John
   Thew & Michele Thew in their individual
   and representative capacities
One North Broadway, 10th Fl.
White Plains, NY 10601

855-0004.num

RIKER, DANZIG, SCHERER, HYLAND &
PERRETTI LLP

BY: *Anthony J. Sylvester*
Anthony J. Sylvester, Esq.
Attorneys for Reed Smith LLP
Headquarters Plaza
One Speedwell Avenue
Morristown, NJ 07962-1981
(973) 538-0800

---

Thomas Halley, Esq.
Attorney for Defendants O'Hare,
 O'Hare & O'Hare, P.C. Curry, Carson
 & Taconic 82, Inc.
80 Washington Street
Poughkeepsie, NY 12601
(845) 452-9120

8533.0004/wmc

Tel. (914) 285-9800

RIKER, DANZIG, SCHERER, HYLAND & PERRETTI LLP

BY: _____
Anthony J. Sylvester, Esq.
Attorneys for Reed Smith LLP
Headquarters Plaza
One Speedwell Avenue
Morristown, NJ 07962-1981
(973) 538-0800

_____
Thomas Halley, Esq.
Attorney for Defendants O'Hare,
 O'Hare & O'Hare, P/C. Curry, Carson
 & Taconic 82, Inc.
80 Washington Street
Poughkeepsie, NY 12601
(845) 452-9120

So Ordered.

3/5/08